UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

**HD**

9 May 2025

Rcv'd by: _____

*LKG* 25 CV 1 5 1 1

Dr. Beverley M. Harris )
 9134 Piscataway Rd, Unit# 1658 )
Clinton, Maryland 20735 )
　　Plaintiff ) CASE #
　　　　v. )
　　　　　　)
　　　　　　)
Pete Hegseth, )
US Secretary of Defense, )
4000 Defense Pentagon, Washington )
DC 20301-4000 )
　　　　　　) USDC- GREENBELT
　　　　　　) '25 MAY 9 PM 1:44
Gary A. Ashworth )
US Air Force Secretary of Defense )
1670 Air Force Pentagon )
Washington DC  20530-1670 )
　　　　　　)
Daniel Driscoll ) ~~In Forma Pauperis~~
US Army Secretary of Defense )
111 Army Pentagon, Washington )
DC 20310-111 )
　　　　　　)
Pam Bondi )
US Attorney General, )
Main Justice Building, 10th and )
Constitution Avenue, Washington Dc 20530 )
　　　　　　)
Kelly Hayes )
US Attorney for the District of Maryland )
36 S. Charles Street, 4th Floor, Baltimore, MD 21201 )
　　　　Defendant(s) )
_____ )

*MAIN COMPLAINT- SEE BACKGROUND OF FBI INJUSTICE*

~~SUPPLEMENT TO~~ PLAINTIFF SUES US SECRETARY OF DEFENSE, US ARMY
SECRETARY OF DEFENSE, AND US AIR FORCE SECRETARY OF DEFENSE
"DEPRIVATION OF RIGHTS UNDER COLOR LAW" ETC.

Plaintiff, Dr. Beverley M. Harris, a Disabled Military Veteran (United States Air Force)

and retired US Army Civil Services GS-12, representing herself, *Pro Se (temporarily)*, brings

~~supplementary information to be added to~~ her legal actions against the following individuals:

:**Defendants**:

➢ Pete Hegseth,
　US Secretary of Defense
　4000 Defense Pentagon, Washington DC 20301-4000

➤ Gary A. Ashworth
   US Air Force Secretary of Defense
   1670 Air Force Pentagon
   Washington DC  20530-1670

➤ Daniel Driscoll,
   US Secretary of the US Army
   111 Army Pentagon, Washington DC 20310-111

➤ Pam Bondi,
   US Attorney General
   Main Justice Building
   10th and Constitution Avenue, Washington Dc 20530

➤ Kelly Hayes,
   US Attorney for the District of Maryland
   36 S. Charles Street, 4th Floor
   Baltimore, MD 21201 for:

**II. Basis for Jurisdiction**

Deprivation of Rights Under Color of Law, defamation, illegal arrests, etc., by members of

military, US Army Commanders and non-uniform Security Police and uniform Security Police,

US Air Force Security Forces Commanders and Security Police, and the Air Force Office of

Special Investigation (OSI), in accordance with **TITLE 18, U.S.C. SECTION 242**, nationwide

and internationally. The OSI has also defamed Plaintiff, and assisted the FBI is creating a video,

using her face and voice on illegal recording when Plaintiff went to their office, at JBA, to report

the deadly gassing device she had found installed in her car by Passport Nissan of Marlow

Heights.

 Defamation Libel:

The FBI was able convince members of the Department of Veterans Affairs, in Washington DC,

inn 2022-2023, to write blatantly lies and produced 109 pages. **(see  EXHIBIT W-9- few**

**pages).** They clearly are aware of the fact that someday Plaintiff would discover their manipulation of the true and would be held responsible for telling the Court system the truth, which is what Plaintiff plans on doing, very soon. Plaintiff believes she knows with the FBI paid these liars to write lies. The FBI has realized that by having medical records showing these hateful, malicious, defaming records that would help their (FBI) goal of hiding the truth as to why they are retaliating against; SHE SAID NO TO COMMITING A CRIME FOR THEM AGAINST THE US MILITARY.

### A. If the basis for Jurisdiction Is a Federal Question

(1). First Amendment Rights- Deprivation Speech, Press, and freedom

(2). Fourth Amendment Rights -Government /FBI unreasonable s

searches and seizures

(3). Fifth Amendment Rights - overreach in criminal proceedings and ensures due

process.

(4). Fourteenth Amendment Rights – Equal protection under the law, and due process,

(5).18 U.S.C. Section 242, Deprivation of Rights under Color of the Law, and

(6). Defamation under U.S. Code Section 4101 – Definitions

### B,    If the Basis for Jurisdiction is Diversity of Citizenship

1. Plaintiff(s) Dr Beverley M Harris

2. Defendant(s)
   - Pete Hegseth,
   - Gary A. Ashworth
   - Daniel Driscoll
   - Pamela Bondi,
   - Kelly Hayes
3. The Amount in Controversy. As allowed by the Court of Law.

### III.    Statement of Claim

The events that were set in motion more than 20 years ago, began with the FBI retaliation against Plaintiff for not agreeing their handling of an extortion case and that Plaintiff believed, was unnecessary and abuse of power by FBI in their attempt to destroy her career, as Joint Base Andrews, MD in 2003.

The FBI situation led to Plaintiff's special assignment in Kuwait, Middle East, 2009-211 when she refused to provide sensitive information to the FBI. When that occurred, the FBI was able to convince the 89th Support Army Deputy Commander, Colonel Brian Cole, and Logistic Commander, Colonel Cheryl Brady to force Plaintiff in a retirement mode and sent her back to the US with paying for 6 months of earned leave time, to date.

Then in 2022 one of the US Army's non-military uniform Security Police, at Ft. Meade, Maryland, illegally arrested Plaintiff, without cause and placed her in a psychiatric ward at the Baltimore/Washington without cause.

Then that led to JBA, Maryland again in 2022-2024. Plaintiff was illegally arrested by the 316 Security Force Command (Sgt James, OSI female) with the help of the FBI. Then o 20 October, she was illegally banned by the Security Force Commander at JBA. Plaintiff's situation was also relayed to the 316 Security Force Commander at Joint Base Anacostia, Washington DC, who was treated Plaintiff with disrespect and like a criminal. All this situation with the military was generated by the FBI. They had been telling everyone that Plaintiff was a child molester, prostitute, liar, crazy, terrorist, and more. **Of course, none of this is the TRUTH.** Plaintiff later discovered that the FBI, with the help of the OSI, had made video tapes of her confessing to these hateful accusations.

SPECIFIC CHARGES INCLUDE BUT NOT LIMITED TO: SUPPLEMENT TO BE ADDED HERE:

**What Plaintiff is letting the US Air Force and US Army know is that she stood up on your behalf to protect your resources and these are the pains and suffering she has and still am, living/experiencing 24/7, from the FBI.**

1). The injustice inflicted on Plaintiff has increased dramatically, since she filed suit against the U.S. Attorney General, and the Director of the Federal Bureau of Investigation (FBI), on 13 March 2025 with the U.S. Federal District Court, Greenbelt Maryland. These are some of the many extreme increase injustices being conducted by the FBI, since then:

1), Torturing**:**

  The FBI has now been focused on the deadly devices in Plaintiff's head, which are the "coil" that's attached to the "capacitor". These two devices work together to heat up Plaintiff's body. When her body is hot enough it will cause cardiac arrest leading to death. This means that she has some type of cooling element with her 24/7, such as cold water, AC (reside and car), even when the weather is cold outside, to keep her body very cold. Then the FBI has increased the volume of ringing in her head. 24/7.

2). Surveillance:

  The FBI has now reached out to the local Prince George's (PG) County Police Force, using marked and unmarked vehicles, to assist them in watching Plaintiff 24/7. It was just a few weeks ago Plaintiff noticed one of the marked vehicles parked in the street in front of the Hotel but paid no attention to it as this one of the many areas they are responsible for securing. However, one morning as Plaintiff was leaving the hotel, she noticed one of the Hotel's managers speaking to a PG County Police at the front entrance of the hotel, and his

police vehicle parked just a few feet from him. Their backs were turn towards the Plaintiff as she passed by them, as she went by all she could hear was ". the FBI wants you to know about her,,," Plaintiff cannot be sure that they were talking about her, but believes so after what took place this past Friday, 2 May 2025.  Soon after that day Plaintiff noticed the PG County marked vehicle parked in front of the Hotel daily and she began to take photos **(see EXHIBIT W-3)**. There were also appearances of the PG County, black unmarked vehicles (with red and blue flashing lights) parked in the Giant's Shopping Center's parking lot where Plaintiff always drive, morning and evening back and forth from the hotel.

**What happened on Friday Night, 2 May 2025:**

When Plaintiff came back to the Staybridge Hotel – Greenbelt, MD where she has been staying since November 2024, for what she had believed to be safe, was not the case. The first thing she noticed was that the key that the key to her work did not open the door. So. Plaintiff went to the front-desk to obtain a new key, but did not get one because there were many other guesses checking in. She was able to get into her room with the assistance of one of the other workers of the hotel. Then Plaintiff recalled something one of the other staff had said to her about how the keys work when she had lost her and requested another. She was told that when a key is lost and a second one is given the first key would automatically be cancelled. So, Plaintiff recall telling the front-desk that she knew that the FBI was in her room because her first key did not work and has been occurring on a weekly basis since she has been at the hotel. Plaintiff also asked the frond-desk staff if she could get another room, but she refused. But what happened that night convinced Plaintiff that the FBI had indeed been in her room (231) and the hotel staff might have given them the key to get into Plaintiff's room.

That night was like no other night. The FBI gassed the room so severely, that Plaintiff had to keep the door opened all night and slept on the floor (at times and on the ottoman other times) with her head extended outside into the hallway. The Hotel management was notified, apparently by the next-door hotel's guesses but could do nothing about it. Plaintiff reported the incident to the front-desk lady on Saturday 3 May 2025, and she advised Plaintiff never to leave the door open again.

**What happened on Saturday 3 May 2025:**

Approximately 3:00 PM the fire-alarm suddenly went off in the Plaintiff room and hotel, causing everyone, including Plaintiff, to vacate the building using the emergency stairs. As Plaintiff got outside the hotel, she noticed that the Green Dale Fire Department truck (**See EXHIBIT W-4**) was parked at the front of the hotel's entrance. Immediately, Plaintiff noticed a young teen age Calcian male, dressed in what seems like a fire-man uniform staring at her, uncontrollably. Plaintiff quickly walked away onto the parking area where other hotel guesses were standing waiting to see what the fire department members were doing. But that young kid repositioned himself so that he could continue to stare at Plaintiff. Once again, Plaintiff moved and decided to enter the hotel lobby as other guesses were doing so. As she reached the front doors to the hotel's lobby, that young teenager was there again, in the way. Plaintiff quickly went by him, WITHOUT SPEAKING TO THIS KID AS SHE SOON REALIZED THIS WAS AN FBI COORDINATED PLAN BETWEEN EVERYONE COCERNED (FIRE DEPT. FBI, AND HOTEL STAFF), IT WAS AN ENTRAPMENT BEING STAGED AND THIS WHOLE SO-FIRE WAS A SETUP BY ALL CONCERNED TO ARREST HER AS THERE WAS NO FIRE.

As, Plaintiff entered the hotel's lobby, and at the front-desk she asked the female staff, "is it OK to go back upstairs", she seemed somewhat disappointed, but responded "yes". By the time Plaintiff reached the second floor of the hotel and looked outside, the Fire Department truck was gone. Apparent, they too were disappointed that they could not have me speak to that dressed-up teenager so that they could arrest me and place Plaintiff in the FBI's Custody; something they have been trying to do more than 6 times. Plaintiff had told the hotel front-desk staff that she knew that the FBI had triggered the hotel's fire alarm as part of a plan to arrest her because they were sure they could arrest her for talking to that dressed-up kid. When these people (FBI, Hotel Staff and Fire Dept. PG County Police) who had gassed Plaintiff's room on Friday night, this was possible their way of saying goodbye to her because they were sure that the FBI would have arrested her on Saturday during their staged fire alarm-plan.

What took place on Saturday 3 May 2025, has happened twice before by the FBI with the cooperation of Police Officers and the Fire Department.

The first time Plaintiff was gassed by the FBI, was in Roselle, New Jersey when she rented a newly built apartment in Roselle, from Bozzuto Group. FBI who resided next door to Plaintiff gassed her apartment so badly that she had to run outside just barely clothed that day, and the fire department was there, promptly, so did the local police department. After a few hours and the gas had dissipated, the fire department and police said they wanted to take Plaintiff to the Trinitas Medical Center, in New Jersey to make sure Plaintiff was OK. Plaintiff refused but went on her own to the hospital, later requesting to have a CATSCAN on her leg where the FBI "Tracking" device was illegally implanted. To her surprise, the fire department and police was at the Trinitas Medical Center when she got there.

8

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

At the Hospital, she was told to wait in a room on the first-floor lobby. Suddenly she noticed a security guard came to the room door and stood there. Then suddenly, I young lady came in and told her to get undress, and Plaintiff reminded her that she was there for CATSCAN, nothing else. The female, whispered in Plaintiff's ear and said, "just do what they say and make it easy for yourself." Plaintiff was placed in a basement room filled with people yelling and screaming. She was held against her will for more than 10 hours and threatened if she did not sign documents. She signed it just to get away as no one, who could help her, knew where she was. **(see EXHIBIT W-10).**

The second time the FBI reached out to the Base Security Force Police and Fire department is at Joint Base Andrews (JBA) Maryland was on 16 August 2024 when the US Air Force Military Security Force Police illegally arrested Plaintiff, claiming that she made false statement about having gassing device in her car trunk. This was because Plaintiff had called the JBA Security Force Police she needed help against FBI all-night torturing in her car **(device EXHIBIT already in file).**

**Deadly Gassing:**

Today, 6 May 2025 and the first thing that happened was a loud banging sound on Plaintiff's door at 03.43 AM by someone who did not stop. Then at approximately 09:00 AM the deadly gassing began again in her room.

Today, 7 May and for a few minutes the FBI/Operatives, who Plaintiff believes is staying in the room (232) in front of her room **(see Exhibit W-11)** is the person controlling injustices (gassing, etc.) being inflicted on Plaintiff and the banker for these Hotel People. There were a few minutes of gassing at approximately 19.30 PM. I will inform the Court of this continued gassing.

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

**Plaintiff Safety:**

Plaintiff no longer feels safe here at the Staybridge Hotel, as long as the FBI have access to entering her room with the permission of the hotel's management. The FBI has a pocket filled will taxpayers' money and do not hesitate to give the money away like candy bars, to whoever the wish. Further, Plaintiff is aware that the FBI has been taking photos of everything she does and make them available to everyone her at the hotel and elsewhere. Plaintiff have lost all her Constitutional RIGHTS at the hands of the FBI. As a result, Plaintiff plans on finding other places (hotels) to reside where she can live like any other American, with rights, opportunities, and humanity. And without fears of being SETUP AND ARRESTED BY THE FBI AND THEY OPERATIVES. Plaintiff will be kindly motioning this Court for assistance in finding a safe place to reside, until decision(s) can be made on these Complaints that were generated by the FBI's retaliation against Plaintiff, simply because she had refused to commit a crime against the US Military for the FBI. **Within 2 weeks or less, Plaintiff will be homeless again and on the street.** She has no funds, and the FBI makes sure she cannot obtain any employment. Although, Plaintiff is qualified for Base Housing, and had applied in 2019 -2024, the staff of housing denied her because of the FBI, by telling "we don't want you in our houses". Plaintiff plans on leaving the Staybridge on Friday to find another place but expect that the FBI will be "one step ahead of her" in order to defame all over again. Plaintiff kindly request that this Court reach out to the US Attorney General, Pam Bondi and/or the Director of the FBI, Kash Patel and kindly ask for their assistance in what seem, now, to be a deadly matter. When the former 316 Wing Commanders where at JBA, they did not hesitate to reach out to everyone, military or

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

civilian to make sure everyone was safe. Today, it's different. It look like the FBI and that woman at the OSI, is running JBA.

**V. Certification and Closing**

The events that were set in motion more than 9 months ago, Plaintiff hope will come to a close. In 2003 a situation occurred involving an illegal demand of $2000 in extortion that set the stage for one of the most criminal acts, by a law enforcement Federal Agency, (the FBI), that Plaintiff could have NEVER imagined or believed she would become the victim. During that initial phase of the extortion situation, Plaintiff, for the first time see how law enforcement's humanity fears nor cares for no one. Destroying one's career/life was never their concern; something Plaintiff could not accept and withdrew from the FBI and it "policy" on dealing human beings.

The events that would later follow her after she had shown her disapproval of the FBI, inhumane handling of the extortion case, but later they approached her again asking that she spy on the U.S. Army for them, while she was on special assignment at Camp Arifjan Air Base in Kuwait, Middle East, 2009-2011, and she refused. What has transpired since then needs to be in the movies.

Plaintiff moves this Court to try and understand the fear, distress, anxiety, and disappointment a person from a small island, Jamaica West Indies, who comes to the vast Country of the United State, opened eyed and excited about everything around her, feels. Bright-eyed and bushy-tailed, she learned that she could continue to attend school, something she loved more than anything else, knowing the value of education, and being used to the English education. Well, this is the Plaintiff and that exactly what she did. She enlisted, immediately when the US Air Force recruiter said, "you can go to college for

free". Plaintiff immediately enlisted in the Air Force without knowing what it was and meant. The transition was difficult for Plaintiff at first, but her eyes were fixed on the" prize" her education. She studied the military concepts and moved to jobs that motived and contributed to her goals of education. Within 10 years she had earned her Associate, Bachelor, and Master's degrees, **(see EXHIBIT W-5)** and most importantly, found a family in the Air Force. In other words, the Air Force had made her "all you can be". Plaintiff was serving in the Army (civil service) when she earned her Doctorate (PhD).

So, she **did not** have to hesitate to say "no" to the FBI when they wanted her to disrespect and disappoint the military by giving away their information. Besides, what the FBI wanted Plaintiff to do was illegal and a crime against the military. That could NEVER happen, because Plaintiff had pledged her life to the military and always will. Today, Plaintiff is disappointed with the caliber of enlisted individuals she has seen in military but can only hope for the military survival in standard and quality. One such disappointment came from her knowing and seeing the US Army Commanders and Air Force Security Force, Commander being influenced by the FBI to making their decision to defamed and force her into retirement, illegally arrested several times, and then illegally banned her from JBA.

As for the FBI, their corruption will never end, and their focus is not in helping the public in general, but to brutally wheel their power and might over the innocence of people who feel that they cannot fight the FBI for their rights; specifically, a black female, educated, and from another Country like Plaintiff. The FBI made it quite clear that they do not care if she is human. They have illegally implanted "tracking" device in her R-leg but that was not enough, they went to Germany, another Country and broke the laws, by

illegally implanted 5 deadly devices in Plaintiff's head, one being in her L-eye which gives them the option to see what Plaintiff sees, and in her L-ear giving them the hatefulness to hear everything she hears and speaks. One would think that would be enough, but it was not. The FBI had Passport Nissan of Marlow Heights; MD illegally installed a deadly gassing device in her new Nissan Rogue car. That too was not enough injustice by the FBI against Plaintiff. They reached out to the U.S. Department of Veterans Affairs, an organization that was established to "cover- medically" and help **US VETERANS'** wounds. But no, the FBI has to pull out that big pocket-book filled with taxpayers' money and paid these caseworkers[1], and social workers, who Plaintiff does not know, never hear of, never spoken of seen them, and had no type of interaction with them. Yet the FBI had them produced, in writing, lies, accusation, and placed defaming medical comments in these documents, 109 pages, into Plaintiff's personnel VA file, without her knowledge/permission. (**see EXHIBIT W-8**)

Again, that was not enough, the defamation and entrapment is at the top of this hateful and evil losers, who calls themselves "law enforcement," list these days.

18 U.SC. 242 is clear. "Criminalizes the willful deprivation of rights under color of law. This means that anyone who while acting under the authority of a law, statute, ordinance. Regulation, or custom, willfully subjects someone to the denial of rights protected by the Constitution or federal laws, can face penalties."

**Key Elements of 18 U.S C. section 242**

---

[1] Plaintiff knew only one of these case workers, Francisco Leca, an advocate of the FBI who had left is office in Washington DC and went to JBA wanting Plaintiff to sign documentation to have Plaintiff turn herself over to the FBI, just like that even though she has done nothing illegal.

-**Penalties:** "The statute prescribes fines, imprisonment (up to one year initially) and potentially longer sentences depending on the nature and severity of the violation, including bodily injury, use of weapons, or death resulting from the act'"

Based on the evidence, based on what you've read, seen and heard from the Plaintiff, the answer is clear. The FBI and its "operatives" did it. They defamed, gassed her, tortured her, conducted illegal surveillance on her 24/7, illegally implanted deadly devices in her body, entrapment practices 24/7, and deprived her from communication, gainful employment and more, because she would not do what they asked of her to do. The FBI and it's "operatives" deliberately, recklessly, ad willingly subjected (and still is) Plaintiff to the "denial of rights protected by the Constitution or federal laws, can face penalties" and the US Air Force and US Army, somehow agreed to joint with the FBI and subjected Plaintiff to those injustices, as well.

Plaintiff would kindly ask the Court to find out whose laws are the FBI, US Air Force, and Army are enforcing. So, Plaintiff is kindly requesting this Court to carefully observed the malicious, inhumanity blood that runs through the veins of the unworthy individuals and make sure they paid, legally and monetary for the injustice they have committed, collectively, against Plaintiff for more than 15 years, and fine these individuals guilty of the maximum punishment allowed by the Court, since it is obvious that they do not fear the law. "NO ONE IS ABOVE THE LAW"

## A. For Parties Without an Attorney

Plaintiff agrees to provide the Clerk's Office with any changes to her address where case-related papers may be served. Plaintiff understands that her failure to keep a current address on file with the Clerk's Office may result in dismissal of her case.

Signature of Plaintiff _____

Print Name of Plaintiff: _____

## IV. Relief:

Whereas Dr Beverley M Harris respectfully request the Court:

1). Enter judgement on her behalf, against Defenders, etc. on all counts:

2). Declare pursuant to 18 U.S.C 242 that the practices described in this complaint exist, and shows that Defendants are unlawful.

3). Issue a permanent Injunction that (a) prohibits Defendants, their officers, employees, and successors from engaging in deprivation of rights under color of the law practices herein; (b) return Plaintiff's life to its original stage of health, living, employment, family relationship, travel, base entry and lacking any further illegal pains and suffering, etc. but for Defendant's criminal conduct, and (c) imposes prohibition of similar conduct in the future:

4). Require that all Military, law enforcement members or civil-service face time in prison and/or as established by the punishment outline in 18 U.S.C. Section 242, fully without exception.

5). Award Plaintiff front and back pay with interest and other benefits, salary at a Doctor (PhD), Engineer Level for 15years, plus as a University Professor, plus 6 month earned leave pay. Plus, interest, value of health benefits, sufficient to redress all of economic harm that they have suffered and forced retirement, since she was forced out of Kuwait. Then be paid for illegal arrest, (twice).

6). Award Plaintiff compensatory damages in the amount to be proven at trial sufficient to redress the harms that she has suffered, including physical and emotional

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

distress, humiliation, embarrassment, loss of income, loss of overtime pay, and

mental anguish.

7). Award Plaintiff appropriate punitive damages in an amount to be proven at trial that

would punish Defendants for their knowing intention, willful, and reckless disregard

of clearly established federal Constitutional and statutory rights as alleged herein and

enter any and all injunctive decrees and relief necessary to effectively prevent all

Defendants from engaging in similar unlawful deprivation of rights under color of

law, and other rights in the future.

8). Award Plaintiff's reasonable Court fees and printing fees, under 42 U.S.C, section

1988 and all taxable costs of this action.

9). Award for Defamation of Character, illegal surveillance, and other injustices that are

deemed necessary by the Court.

10).  Award Such other and further relief in any form that this Court deems just and

proper under the facts and circumstances as proved at trial.

Whereas Plaintiff kindly ask the Court to understand that Plaintiff is doing her best to address

this inhumane situation as much as possible without judgement.


Respectfully

_____9 May 2025_____

Date

Dr. Beverley M Harris
9134 Piscataway Road, Unit 31658
Clinton, Maryland, 20735
(202) 603-0722

16

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

**PROOF OF SERVICE**

I, Dr. Beverley M Harris, certified that on __9 May 2025____(date) I provided copy of this Motion in person, to the Clerk's Office, US Federal District Court, Greenbelt, Maryland, to be given the following parties at the addresses listed below:

1.   Pete Hegseth,
      US Secretary of Defense
      4000 Defense Pentagon, Washington DC 20301-4000
      Washington DC, 20530

2.   Gary A. Ashworth
      US Air Force Secretary of Defense
      1670 Air Force Pentagon
      Washington DC  20530-1670

3.   Gary A. Ashworth
      US Air Force Secretary of Defense
      1671 Air Force Pentagon
      Washington DC  20530-1670

4.   Pam Bondi,
      US Attorney General
      Main Justice Building
      10th and Constitution Avenue, Washington Dc 20530

5.   Kelly Haynes,
      US Attorney for the District of Maryland
      36 S. Charles Street, 4th Floor
      Baltimore, MD 21201

9 May 2025                                    Respectfully,

                                              By: _____
                                              Dr. Beverley M. Harris
                                              PO Box 1658
                                              Clinton, Maryland 20735
                                              Phone: (202)603-0722