*EVIDENCE*

## HUMAN RIGHTS VIOLATIONS CONPLAINT

Dr. Beverley Harris
PO Box 1658, Clinton
Maryland, MD 20735
Tel: (914) 546-3135 and (202) 603-0722.
Email: drparkinhar1@gmail.com

2 March 2025

To Whom This May Concern:

_____

### **BACKGROUND OF FBI INJUSTICE**
Detailed and in Chronological Sequence

FACTS:

Good day. I am submitting this Complaint of Human Rights Violations inflicted on me by the

United Stated Federal Bureau of Investigation, (FBI) and conspirers for more than 20+ years.

1. This complaint describes how members of the FBI, its "Operatives/Conspirers"

including Dr. Garland Gossett, from Saint Joseph Hospital, Houston Texas United States, Dr.

Stefan Gress, Munich Germany and other conspirers intentionally, maliciously and with hate and

evil intent premeditatedly planned and violated my Human, Civil and United States

Constitutional Rights by illegally implanted 6 devices in my body with the intent to torture and

kill me. Further, the FBI more than 19.5 years of ill-treatment and torture against me extended

ill-treatment by defaming my character by telling people, worldwide, that I am a child molester,

prostitute, insane, a liar, and every derogatory name possible, none of which is true. These

actions taken by the FBI was simply to hide their barbaric, inhumane actions and every possible

injustice against me. I also believe the torturing, illegal gassing, and ill-treatment also derive

from the systematic racial discrimination and abuse-of-power shown at the highest level of the

law enforcement agencies, the FBI.

2. I am a U.S Naturalized Citizen, 10 years Active Duty, and Compensated Disabled

Veteran (US Air Force) and Retired US Army Government Civil Servant, with more than 31

1

## HUMAN RIGHTS VIOLATIONS CONPLAINT

years of combined service to the United States with the US Air Force, Army, Department of

Defense (DoD) and NASA contractors. **(Evident provided upon request)**.

3. The material facts alleged in this complaint are of critically importance because of

extent to which the FBI and its operatives/conspirers has been violating my

Civil/Human/Constitutional Rights for more than 20 years

4. **I became involved with the FBI in 2003** when I was employed by the U.S. Air Force,

Andrews Air Force Base, as  Civil Service Contract Specialist on the U.S. Air Force-1

contracting team and was introduced to the FBI by the Air Force Office of Special Investigation

(OSI) , case number *ADOSI file# 331-C-121-B2958032341357*, Period: 22 Aug – 20 Jan 04,

Title 18 U.S.C. 802, during an extortion investigation

The OSI contacted the FBI for this investigation, since it was a civilian case.  I was asked, by the

FBI to "go undercover" and I did. The woman involved was arrested by the FBI and other local

law enforcement authorities, for which I was truly upset. When I discovered that the FBI was

going to destroy someone's life for taking $2,000, I strongly express my option that I wanted no

part of it since I did not believe that for $2,000, they have the authority destroy a person's life.

Then when the Case went to trial, June 2004, at the Baltimore Federal Court, Maryland and

refused to help them in saying what I thought was not true and the FBI lost the case, I noticed

that they were very angry with me.

Approximately three weeks after the trial, I, was fired from my new job at the General

Services Administration (GSA), Boston, Massachusetts, without cause. After retaining an

attorney, I was re-instated and compensated for the lost time by GSA. However, I refused the re-

instatement and move to Cypress TX, close to my family in Houston TX

HUMAN RIGHTS VIOLATIONS CONPLAINT

Then, I noticed a pattern of firing from my jobs without cause for a period but could not

understand why since I had done nothing to warrant these firings. Within 7 years period, I was

fired from 6 jobs as follows:

a.    In June 2006 from McDewitt, a Canadian NASA subcontractor in Houston TX

b.    In August 2007 from the New York Port Authority, New York City

c.    In August 2008 from the University of Phoenix

d.    In December 2008 from L-3 Communication, Inc, Waco Texas

e.    In June 2009 from KBR, Inc., Iraq, Middle East

## WHAT EXCALATED THE PROBLEMS WITH THE FBI?

I was US Army Civil Service- GS-12 member, working at Camp Arifijan Air Base,

Middle East on a Top Security Special assignment, and working with the US Army

Auditing Agency, back in the US. Somehow, the FBI heard about the assignment, but

apparently, was not aware of its details. So, the Agent (Gregori Micelli), working at that

base, approached me wanted me to provide information (SPY) on my assignment, and I

said "NO".

Meanwhile, I was working on other areas of my assignment involving missing funds ($3

million) belonging to the Military Defense System Network (DSN) Squadron in the US

that was sent to Kuwait to be used for maintaining the lines. The Resource Manager (US

Air Force Major Moore or Moose) and two Commanders (89th Support Squadron Deputy

Commander (Colonel Brian Cole) and DOL Squadron Commander (Colonel Cheryl

Brady) apparently knew where the money was but did not provide the funds to the DSN

maintenance staff. So, the maintenance team came to me for assistance because I was

HUMAN RIGHTS VIOLATIONS CONPLAINT

also creating a Contracting Office at the Base, as part of my assignment that include the contracting activities and funding.

My investigation showed that the Commanders and Resource Manager knew of the funds' where-about, so they made me their enemy and teamed up with the FBI against me. They blocked me from further engagement with the Contracting Office I had created, placed be in a small closet they had clean out, and made my life a nightmare. They tried to terminate me from the Army, but they realized that could not. When I tried to leave Kuwait for an assignment in Saudi Arabia, they terminated that opening, then placed in retirement and 6 month's leave (without my knowledge/permission), the suddenly sent me back to the US within a few days.

Despite all the traumas that were occurring, I was able to complete portion of my expected assignment for the US Army, which was to produce a document that could assist the various Commanders, during wartime operations, to acquire the required equipment, supplies, manpower, etc. needed. I wrote a Standard Operation Procedure (SOP), outlining simple but very constructive procedure that any one Commander could quickly perform without losing any of his/her regular duty time. The document was called the Contract Coordination Cell (CCC) and was accepted by the US Army for wartime use. In addition, to date it has been saving the Military Branches millions of dollars, in wartime activities.

HUMAN RIGHTS VIOLATIONS CONPLAINT

5. The Retaliation continues to date. It includes violation of my Constitutional Rights and rights under 42 U.S.C. § 1983, 1985, 1986, 12203, violation of 28 U.S.C, and supplemental state claim actionable under Texas Civil Code, Tex Trans. Code § 521.032 (c) (2007 S.B. 11 F) State Privacy Law; and United Nations International Charter, Articles 5, 7, and 15.

The FBI's first conspiracy to illegally implant devices in my body began with the KBR, Inc. company's management in Iraq, Middle East in January – February 2009, and continued with Dr. Stefan Gress, a Munich Germany Dermatologist on 24 June 2014, as follows: The FBI,

a. Conspired and arranged with KBR, Inc and Dr. Garland Gossett, Primary Physician at St Joseph Hospital, Houston Texas to illegally implanted a "tracking" device in my right leg (**EXHIBIT attached**)[1]; under the false pretense of performing a colonoscopy test. This illegal device provides the FBI the opportunity to track me 24/7 anywhere, worldwide, which is what they did when they followed me to Munich Germany.

b. Conspired and arranged with Dr. Stefan Gress, Dermatologist, Munich Germany to illegally implant $5^2$ devices (**EXHIBIT attached**) into my head; (1) a torture coil attached to a Capacitor, lethal device capable of killing me instantly with electrical stimulation. Dr. Gress also illegally implanted a device in my left eye. This device provides FBI the ability to see any and everything I see. But that was not enough, the FBI also implanted a device in my right ear and provides the FBI to hear everything I hear. These devices are still in my body

---

[1] All Appendix is available upon request.
[2]

HUMAN RIGHTS VIOLATIONS CONPLAINT

**My research, shows that "THE DEVICES BELONG TO THE DEPT OF DEFENSE, SPECIFICALLY THE US ARMY WHO IS FUNDING THE TESTING OF THESE DEVICES FOR WARTIME USE" (will provide evident from my research).**

**How these devices work: (EXHIBIT A & B)  … a Wireless Body Area Network (WBAN), a system of multiple implantable electronic sensors which relay the electronic signals of the body, including brainwaves, to remote computers… The WBAN is a twoway radio system which can send radio frequencies to an implant system to ask it (called a "query") to send back recorded biological activity… This allows person's electrical signals from their brain and body…which can interpret what a person is thinking, seeing, hearing and feeling, and can monitor the functions of their heart, lungs, liver, kidney and other organs and chemistry. The twoway system can also send frequencies to (1) stimulate nerves, muscles, and body organs to cause pain, vibrate, heat[3] up or die and (2) perform torture as if the person was being suffocate, choke, cramp, burned and electronically raped or (3) cause heart attacks and strokes. It can be used for health monitoring or depending on intentions of ser – torture and death"; " *(See EXHIBIT CitizenAHT@profonmail.com).....*

**I NOW CONTROL THESE DEVICES (SOMETIMES) BY BLOCKING THE ACTIVATIONS, SINCE THE FBI ACTIVE THESE ILLEGAL IMPLANTS USING RADIO FREQUENCIES (RF).**

Such acts show the barbarous and inhumane extent to wish the FBI is willing to inflict pain on an innocent BLACK United State Citizen, without cause. These types of hateful people

---

[3] This is what is occurring to Petitioner, is such immense way that she has to constantly taking excessive measures (cold bathe, drinking cold liquid, avoiding hot food and keeping the air condition running in her apartment), in order to keep her body temperature normal.

HUMAN RIGHTS VIOLATIONS CONPLAINT

were once thought to be Dr. Josef Mengele, of Auschwitz Germany who, without conscience,

brutally inflicted extreme pain on innocent people, during the period 1943 -1945. No reasonable

person would imagine that in the Unites State, in 2020, where everyone is guaranteed, Life,

Liberty and the Pursuit of Happiness, that the FBI would be engaged in such monstrous

inhumane act.

     6. Most importantly, I believe that FBI top-management (Christopher Wray and US

Attorney General Merrick Garland[4]) are aware of these atrocities and condone them based on the

number of resources, (mostly monetary) that being spent to follow and hurt me, worldwide.

**Constitutional Rights being denied/violated**:

(a) The illegal placement of these devices in my body is inhumane" as defined by Human Rights

    Laws, and United Nation International Treaties, Articles 5, 7, and 15. I now know that I am

    being used for experimental purpose by the FBI and their co-conspirers. In so doing, I am being

    denied any right to "life, liberty, and the pursuit of happiness. Most importantly, by telling my

    friends, family, intimate friends that I am a child molester, prostitute, insane, a liar, and most

    recently, a terrorist, severally damaging my reputation, worldwide. These are all complete **LIES**

    but are being used to disguise the inhumane treatments being inflicted on me by the FBI.

(b)  The FBI continues to follow me everywhere[5]I go to every place where I live, as they are

    today. I am now residing temporarily at the Staybridge Hotel 10500 Eastgate Dr, Lanham[i],

    Maryland and the FBI is here 24/7 with multitude of agents. The torturing and gassing have

    become extreme, the evidence of bleeding from the nose, continuous ringing in the ear, and

---

[4] I have sent 3 letters to US Attorney Garland in 2022 and have received no response from him to date.
[5] For example, FBI followed me to the "Protest March outside the White House, on Saturday 6 June 2020, and sending young teenagers to sit/stand next to me in conversation in order that they can make claim that I am molesting the young child/children. The FBI is desperate to take Petitioner in custody in order remove the devices and/or kill me.

HUMAN RIGHTS VIOLATIONS CONPLAINT

extreme and continuous pain in the head is a sign of the inhumane consistent torturing (gassing).

(c) The FBI is purposely blocking all efforts for me to have surgery to remove the evidence in my body. Defaming my character is one of the FBI only means of covering up their campaign to encourage young children to follow me with the intent of framing (ENTRAPMENT) me for "child molestation". I learned that the FBI has also secured a standby "arrest warrant" with the US Federal Marshals Services for the purpose of having one ready when they try setup scenarios against me depicting child molestation. They have no evidence of me molesting anyone because there can be no evidence for something that never occurred. Their goal is to have me into their custody so that they can remove the devices, kill me and dispose of my body. Thy have also been defaming my character by tell everyone that I am a prostitute. That too are lies. The entrapment attempts also include having men follow me wherever I go. That do not phase me, as I just totally ignore the men.

d. FBI blocked all my communications system, 24/7, and removing my name from my cell phone and email and assuming both for themselves. They have also blocked my outgoing mail system by changing my address and sending mail to their own addresses. In addition, they have made-up false "cellphone provider" network and used it to try and destroy all my federal records, such as IRS, VA, Social Security, Dept. Motor Vehicle (DMV), Banks, etc.

e. FBI have been blocking all efforts for me to gain employment (**See EXHIBIT – WE**), and even social friendships.

f. FBI continues to follow/monitor her 24/7 and is always in and out of my car daily. The FBI was also given a key to my car, apparently, by the auto-dealer before I had picked up this new car in March 2020. Then they paid a retiree $12,000, here on the Base, to steal my car

8

HUMAN RIGHTS VIOLATIONS CONPLAINT

key, after I had "reprogramed" the key. Then on 1 October, the followed me to the Sheehy Waldorf Nissan, in Waldorf MD, and had the Manager, Jose Bustamante, and the finance manager, Tony, gave me 7 incriminating FBI documents to sign. After noticing 3 well-dressed men in Tony's office, but never thought anything of it. I asked Tony and the Manager, several times about getting copies of these documents and they kept denying having them. So, I contacted the MD State Consumer Protection Agency about the situation because I thought they had to do with the increased price on the car monthly payment for the car. Then, I recall seeing 3 men in Tony's office and recognized one to be an FBI agent who followed me on the Base. I did contact the Sate again about the situation, but never received a response. Now I know why because the FBI had already taken over my phone and email, totally and therefore, I believe that they have blocked that communication to the State as they have done with the DoDIG's Whistleblower's Complaint.

g. With the help of the Bozutto management in Roselle NJ, the FBI placed 3 cameras **(see EXHIBIT        )**in the apartment I leased from the Bozutto Group. I discovered the cameras 6 month after living in the apartment. (Photos available upon request.

h. In 2018 I resided with my brother's wife sister, Pauline DaCosta, in Irvington NJ, temporarily as I awaited a new apartment. The FBI paid Pauline and her family members to set me up and sent them to Jamaica WI. on a 7- day vacation. Then sent a 9-years child to the house to "come-on to me". Recognizing that this was a setup, I immediately asked the child r to leave and not return until her Aunt Pauline gets home."

i. **Discrimination**. I am a Black single woman, without any children, or family members close by me. I am from another country and has a Doctoral Degree. I believe that I was targeted by the FBI to be used for experimental purpose.

HUMAN RIGHTS VIOLATIONS CONPLAINT

j. **Intimidation** – It's common knowledge here in the US that the "Blacks" population is intimidated by the FBI and the FBI strive on knowing about such intimidating and therefore uses it to their advantage, as they are doing to me since 2010.

k. **Defamation extended** – In order to hide the barbaric act of torture, gassing, and ill-treatment to me, the FBI defamation and discreditation continue24/7.They are telling everyone that I am a child molester, and that I am a 7-time convicted prostitution (**See EXHIBIT** ), terrorist, insane, liar and other derogatory words; NONE OF WHICH IS TRUE. I don't drink alcohol (not even soda), smoke, hang-out on the streets, "party", etc. and do not even spit on the streets because I respect others.

   - In 2013 the FBI deleted the correct information from my Public Background File and inserted information saying the I was arrested and convicted 7 times for prostitution in Virginia in March 1993 **(see EXHIBIT_____ )**; another sets of lies and character defamation as I was an Aerospace Engineer at the NASA Space Center in 1993 was never in Virginia[ii] and have never been arrested in my entire life.

l. FBI is depriving and restricting me from traveling nationwide and internationally by placing my name on a "Watchlist" (see **EXHIBIT** ) for many of the Federal Government security agencies.

m. The FBI has gotten out of control when they began to gas[6] my car, since 2023 when Passport Nissan Dealer, in Marlow Heights, in MD illegally installed the gassing device in the rear/trunk. 0f my car **(see EXHIBIT_____ )**. However, the FBI began to gas me when

---

[6] My research show that the gas the FBI is using on me and other military members is called CS, which stands for "chlorobenzalononitrile" and has serious health affects

HUMAN RIGHTS VIOLATIONS CONPLAINT

I lived in Washington DC apartment and continued when I came to JBA and was residing

at the Temporary Living Facility (TLF) and the Presidential Inn. Where I was staying. I

was very scared from myself, but most for the innocent Military Member and the families,

and notified they Staff at the "Front Desk" The FBI has no respect and/or care about others

as long as they continue to focus their efforts on destroying my life. Hotel management

was notified and has asked that if it occurs anymore to notify the Security Force Police

n. The FBI have been blocking all my efforts I have made in submitting a Whistleblower's

Complaint to the DoDIG. They have blocked the first 3 attempts and, on the 4th, attempt it

seemed to have gone through by acknowledgement (received successfully). However, it

never went through. I realized that the FBI had blocked it based on the responses I have

received **(See  Exhibit      )**

7. **Main reasons for the retaliation and abuse of power**:

a). As mentioned before, the retaliation began at Andrews Air Force Base after the FBI

lost an extortion case in the US District Court in Baltimore.

b). In 2010 while in Kuwait, during the Iraqi Conflict, FBI Special Agent, Gregorio

Micelli asked me to spy on the US Army Contracting Activities that I was working

with the US Army Auditing Agency on a special assignment, and I refused. The FBI

began to retaliate against me, immediately.

c). In 2011 I had recorded a telephone conversation with FBI Special Agent Drew Chrislip

in which he stated that the Head FBI Special Agent at the Houston Texas FBI Field

HUMAN RIGHTS VIOLATIONS CONPLAINT

Office stated that he "was not willing to stop monitoring you"[7] which was admitting to illegally monitoring me. I had recorded that conversation and apparently, when the FBI continuously "break into" my house while I was away, the fund the recording.

8. **Other conspirers, that need to be mentioned are**:

a) The Department of Veteran Affairs (VA) Hospitals in East Orange, Manhattan and the Bronx New York, were aware of the merciless torturing and plans to kill me. On 3 occasions, the East Orange VA contacted me telling me to come in "to prep for surgery…" but never told me what type of surgery I was about to have. Apparently, Dr. Kothari Rajesh (VA) knew of the 4 deadly devices in my head and the tracking device in her right leg[8] Yet, had never informed me about the problem when I inquired. In fact, that Hospital went as far as to EDIT A CAT SCAN (**EXHIBIT O)** that would have clearly shown the devices

b) I also believe that The Walter Reed VA Medical Hospital hid the CAN SCAN result, by producing photos that did not provide any clear details (**EXHIBIT P).** I recall inquiring about the clarity of the CAT SCAN, but the supervisor of the X-ray department called 2 policemen (1 from Walter and 1 from the Navy Medical Facility) to interrogate me in the presence of many patients in the waiting room, at the Bethesda Medical Facility, MD.

c). Likewise, Dr. Bill Yung, Westchester Medical Center, who made the MRI that I now have to show the devices, removed 2 slides (numbers 2 and 7) that would have shown more details. He deliberately and maliciously hid the true from me, a hateful crime. Even

---

[7] Apparently, he knew of the "Tracking" device that was already illegally implanted in my right leg by FBI and Dr. Garland Gossett in Houston TX.
[8] I had no knowledge of these deadly and tracking devices in my body at the time and really did not pay much attention to the calls for surgery,

HUMAN RIGHTS VIOLATIONS CONPLAINT

so, Dr. Yung informed me, after he had discovered that I had obtained the slides showing

the "coil", "Capacitor, and the device" in her left eye, told me in a telephone voicemail

that "Everything is Normal"; very shocking!! Of course, that **was not true**.

d). The Doctors at Johns Hopkins Medical Radiology. On 26 September 2020 I went to have

an MRI of my skull in order to obtain clear and precise images of the devices. The

Hospital Doctor at Johns Hopkins produced 152 MRI images (76 with contrast and 76

without contrast). Yet, when I returned to pick up the images so that I could start

scheduling surgery to remove the devices, I was shocked that the staff at the hospital

provide me with just 13 of the 152 images made. In addition, the said that I am basically

insane. Yet, the FBI torturing which continued from right below my apartment #204 at

the GlenOak Apartments in Greenbelt. MD, and where they were residing in apartment

#104, (Buildings 7801 and 7807) below me hasn't changed their evil attitude to deprive

me of my human RIGHTS.

A reasonable person would ask, why are FBI agents babysitting me? They "claim" that I

am a child molester. They do not babysit child molester in jail on the street or elsewhere. And

why do they continue to have children follow me wherever I go? These are questions that the

Congress and the Senate need to ask Director Christopher Wray and US Attorney General

Merrick Garland. **Well, the truth is, they are not babysitting me, they are TRYING TO**

**KILL ME.**

**COURT DOCUMENTS TAMPERED WITH BY NEWARK US FEDERAL
DISTRICT COURT, NEW JERSEY:**

I had file a defamation case against the Bozzuto Group in the Newark Federal District Court and

took it all the way to the US Supreme Court. However, the Judge (Cox Orleo) tampered with the

HUMAN RIGHTS VIOLATIONS CONPLAINT

case and rewrote it saying the I had motioned the Court for "mental causes), **lies**. (see

EXHIBIT_____)

**HELD AGAINST MY WILL 3 TIMES**:

The FBI has made my life a nightmare and one of the many injustices I have encountered, is theirs and the many people/operatives they have paid to illegal imprisoned/confined against my will.

> In 2018 when for the first time, I was introduced to the FBI gassing while residing at the Roselle Apartment, In Roselle NJ owned by the Bozzuto Group. The gassing was so bad that an apartment member called the local Fire Dept. The Fire Dept came and checked me and the apartment and saw that I was sick from the gassing and recommended that I go to the Local hospital, The Trinitas Hospital. When I arrived at the Hospital, there were some "well-dressed" men but paid no attention to them. I was then to remove my clothes and said no, I am Ok and leaving. But a hospital Guard stepped in from of me at the door and told me to take off my clothes. I was take to the BASEMENT OF THE Hospital, to the "Psychiatric Ward" and had to listen people screaming, etc. I wanted to cry, but was too scared, because I knew the FBI was behind it and none of my family knew I was there so I could have been killed. The medical people held me for more than 12 hours before releasing me (**see EXHIBIT _____**).

> **Second time** I was illegally confined was in 2023, by the US Army civilian Police at Ft Meade Army Base, MD. I was staying at the privatized Hotel. I was leaving and went to my car, and it was so badly gassed, I was unable to get inside the car and I also had some plants with me. So, I went to the Civil Police for help. The call the Medical Team and

HUMAN RIGHTS VIOLATIONS CONPLAINT

they checked me and released me. Then, suddenly, on of the Police (Officer Iberera) came rushing from his office and told me "you are going to talk to someone" I asked "who" He stated "you have major problems" I responded by saying "I will speak to people when I want to do so" Then, to my surprise, the reached behind him an brought forth a pair of HANDCUFFS and said "you will go" I was not going to fight with any police and be killed as I have heard of before. So, I followed him to his car. I recall thinking, the is a dream. Officer Iberera and another male took, in their car's caged back seat, to the Baltimore/Washington Medical Facility, MD Psychiatric Center. I asked to remove my clothes and given a prison-like overall and was held there overnight, in prison type cell, listening to people screaming, all night. I was too numbed to scream, so I cried all night. Four doctors came by to see me and asked, "why are you here?" I said that I am not sure to ask Officer Iberera. One of the doctors asked if I had some one at home to come and get me, that da. I said, "no because no one knows I am here". I ever slept all night. The next morning, I was asked to get dressed and to wait for the Police Officers to take me back home. I was taken back to Ft. Meade where my car was still parked, will all windows rolled down. I left Ft Meade and went back to JBA.

➢ The Third time, I was illegal arrested by the US Air Force Base Security Police, TSgt James, on 16 August 2024, on Joint Base Andrews, MD. Sgt James stated that I had "made false statement about gassing device in my car". I had called the Base Security for help after feeling so sick after the gassing, (in and out of consciousness). They came, but so did FBI, who claimed he was CIA. Basically, I was arrested because after the FBI and OSI searched my car and realized that the gassing device, which was illegally installed in the trunk of my car was welled, they had no other option but to arrest me and turn me

HUMAN RIGHTS VIOLATIONS CONPLAINT

over to the FBI. Days after, they apparently leaned that arresting me was illegal, because I

am a civilian, they decided to lie about what occurred on 16 August, and stated that I had

made "bomb....", none of which was true as I still have copy of Page-2 of my statement

(**see EXHIBIT** ___). I was held in the US Air Force "Holding Cell" at JBA, MD for

hours on 16 August 2024.

**These are some of the updates of illegal occurrences, by the FBI, within the last 6-18**

**months, since my last "background" document above was written**.

I had discovered in December 2023 that the FBI has made a video tape of me, using my voice

and photos and made claims that I had confessed to being a child molester and prostitute. Of

course that is a pathological lie by the FBI. Nonetheless, they have circulated these videos to all

the companies, organizations, and people, including me family and friends, and even the military

members here on the base and everywhere else, as I was consistently (24/7) being "tracked" and

under illegal surveillance by the FBI and its operatives.

Businesses who are OPERATIVES of FBI Against me:

1). State Department Federal Credit Union: - "wrote-off" my account ($25,000 loan which I had

already repaid $23,000+) claiming I was not making payment, but I was and have the proof and

provided to them, but they did not care and never credited my accounts, because the FBI is

supporting this injustice against me. Instead, they reported to the Credit Bureaus that I was

delinquent in making my payment and causing significant decrease in my credit score.

2). Navy Federal Credit Union: - In Jan 2024, I was unable to access my bank account from this

company where all 3 of my government, "Direct Deposits" have been sent to for more than 20

years. My access card was cancelled and also my credit card, for at more than 6 days, without

HUMAN RIGHTS VIOLATIONS CONPLAINT

any explanation. Was told "a letter was sent to you" To date, I am still awaiting the letter and a

debit card to access my account Their excuse for cancelling my ATM stated "INELLIGBLE",

**(See EXHIBIT)**

3). Andrews Federal Credit Union: I had 2 Direct deposits, (from the Social Security (SSA)

Administration and the Office of Personnel Management (OPM)). I was able to stop the SSA but

still have the OPM retirement deposit. We, the FBI continues to support/encourage these

organization to illegally abuse and at times take money from my account without cause. For

example, this bank, blocks my END-OF-MONTH, retirement payment by NOT MAKING MY

ACCOUNT AVAILABLE ON THE END-OF-MONTH, as outlined by OPM. During the

Thanksgiving holiday, my OPM deposit was deposited to the bank on November 26, 2024, to be

made available to me on or before the holiday, meaning on the 27 November, and before

Thanksgiving, 28 November. I never receive my retirement payment until 1 December 2024,

which was on a Sunday; illegal. So, the Bank for every selected their "Privilege Pay" policy,

have a negative balance, they will charge me $32, and they did 3 times. The most illegal part of

this situation is that they purposely WENT NTO MY ACCOUNT AND MADE CHARGES

THAT I KNEW NOTHING ABOUT. THEN AFTER THEY CHARGE MY ACCOUNT, THEN

MY ACCOUNT BECOMES NEGATIVE AGAIN AND THEY CONTINUE TO MAKE $32

CHARGES AGAIN. **(see EXHIBIT).** This pattern of withholding my deposits continues to

date. Today is 1 February 2025, Saturday, and my retirement deposit has still no released by the

bank. After I filed my Whistleblower's Complaint with the US Senate and Congress Judiciary

Committees, I transferred my social security direct deposit to the US Senate Federal Credit Unit.

4). Chase Bank:

HUMAN RIGHTS VIOLATIONS CONPLAINT

I have been doing business with Chase Bank for more than 10 years and had no problem until the FBI decided to make their illegal video recording defaming my character, with the help of the Military OSI at Joint Base Andrews (JBA). Chase's first act against me was to cancel my ATM card. Then they closed all my accounts except my credit card with a limit of $3000. I have very little on the credit and continued to make my payments. Somehow, I noticed that my balance did seem to be changing downward. Then, I noticed that the balance had gone over $3,000 and contacted Chase and they responded by saying my limit is $4,000 and I know it's a lie. I would make higher month payments hoping to see the balance go down, but it was not; it doesn't seem to be going below $3,700 after a year or more, and to date, even with my monthly payment being no less than $150 and once $120. On November 2024, I went to Bank and made a payment of $150. Then on 2 December 2024 my nephew and I drove to Texas and noticed that FBI following us all the way. Then when I arrived in Houston, my briefcase that was in the back of the car was missing and I knew the FBI had it because they did illegally obtain a key to my car from Bowie Nissan Dealership. Then when I looked in my bank account my payment to Chase, for November 2024 was not shown. When I came back and asked about it they just ignored me. What occurred is that the FBI found the receipt in my briefcase and informed them about, so they deleted that payment. Since January 2025, the Chase Bank members, nationwide, has bee calling me every morning and then hang up the phone in my ear, continued harassment.

5). USAA, My Auto-Insurance-increased by this company, more than 250% in one (1) year; from $216.20 – now $747.00+. The justification is that I had 7 accidents, and the Motor Vehicle Administration (MVA) provided them with the information and pointed to the two (2) claims I submitted to them. Lies, nothing except my profile is recorded in my MVA's none of the "many accident" that USAA provided to Nexis Lexis.

HUMAN RIGHTS VIOLATIONS CONPLAINT

These two claims were for vandalism where the FBI had "gassed" my car with a toxic agent call

"Sarin" in May 2024, and in April 2024 depressurized all four (4) tires, with the help of Passport

Nissan locate in Marlo Heights, MD,  (using the  built-in "CHIP" found in new cars today),

while I was driving causing the car to swerve into the right sidewalk and resulting severe

damages to the wheel struct, rim, and tire.

USAA lied to NexisLexis Company with information I have not had, to date. Further, the

provided other insurance companies with deliberately lies, when I tried to leave them. USAA's

"Adjuster" made plans with FBI TSgt from the Base Security Police, to come to the Joint Base

Andrews, where I reside in my car, to come on steal the car so they could remove the deadly Gas

tank in the trunk of the car.

## ALLSTATE REFUSES TO COMPENSATED ME FOR INSURANCE INJURYBY THEIR CLIENT:

On 21 December 2022, one of Allstate's insured drivers on JBA, as I was stopped at a "Stop

Sign" ran into the back oof my car. To date I have not been compensated by Allstate. I retained 3

attorneys and they accomplished, nothing of substance. One of the attorneys was very dedicated

and reached out, consistently to Allstate, who did made an unreasonable offer of $45,000, But,

after paying the physical-therapy, attorney's and other bills, I have gotten less than $9,000. To

date my injury to my right hand is still not back to its nature use.

6) FBI BREAK-IN MY STORAGE UNIT:

In Dec 2023, I rented a storage room at a place called "Storage Zone" close to the JBA. The FBI

wasted no time by "breaking into" the room. The first 3 times, in Dec 2023 and Jan 2024, I

reported it to the management at the storage and nothing was done to stop. Then in April 2024

when they went into the room again and removed both my laptops, I reported it to the Prince

Georges County Police (Report # PP-2405080000-1214).

HUMAN RIGHTS VIOLATIONS CONPLAINT

Then again, on 7 June 2024 when I arrived at the storage area again, to my surprise, the FBI had

STOLEN EVERY POSSIBLE DOCUMENTS I HAD IN A SUITCAE, LARGE

WATERPROOF BAG AND AN ATTACHE CASE. That too was reported to the Prince

Georges Police Department (**Report #: PP-240623-0861- Sergeant Szmidt ) (SEE**

**ATTACHED COPY ).** Document included:

1) All 4 of my University Degrees (PhD, Masters, Bachelor, and Associate
2) All, US Air Force Documents, - certificates, awards, medals, etc.
3) NASA Training and award documents
4) NASA astronauts autograph flight photos.
5) All Medical records, from VA, and other medical facilities
6) My birth certificate.
7) My Mom's Death Certificate
8) All Family and private photos
9) Special ceremonial photos
10) All Federal Court documents – Federal District Court, Appeals Court, and US Supreme Court
11) International Coin Collections, worth $5000+
12) And more

Then in July 2024 I received an email from the Management of Self Storage Zine storage where I had rented a unit (#1142). The letter stated that the management had "auctioned" my unit, "in error" and is making all types of excuses and apologies. I did not accept the apology because it was an obvious lie. First, this Storage just opened in November 2023 and it's not even half filled. Second, my unit was broken into, by the FBI more than 5 times. Third, this company has my credit card on automatic monthly payment. Four, no notification letter(s) were sent out tome the occupant of the unit. Finally, no notice was place anywhere in and/or outside the building.

ILLEGAL SURVIELLANCE BY FBI AND OPERATIVES:

The FBI has been using "Operatives" (all black males) to continue to deprive my rights. These males were hired by "DOJ/FBI and says, "Assistance Investigators in JBA and near JBA" (**See Attach -FH**). These males are vicious and heartless. They are all given "APPS" that uses "Radio Frequency (RF)" to active the "illegal Implants" in my head and they have no sympathy and/or fear in using it against me. They were also given copies of my car key and enter it anytime they

## HUMAN RIGHTS VIOLATIONS CONPLAINT

want to do so. In additional, they were also given access to using the "CHIP" in my car and is controlling my car every minute of the day.

Then on Friday 16 August 2024, the ultimate abuse of power and support for the FBI occurred. I was tortured all night Thursday, 15 August 2024 and that morning when I got up from my car, where I always sleep, I was going "in and out" of consciousness and did called Joint Base Andrews Security Force for help.

The Security Force sent 2 police to assist me, promptly as they always do when I call for help. However, this time something was different in the attitude of one of these officers. The senior office, Sgt James, did not seem to be concern much about my condition as he spent most of the time in his car and on the phone speaking to someone. The other office stayed with me making sure I was OK and assisted me in preparing a statement. As we completed my statement on the "Statement" document that is used as a policy of the Base Police Force. Suddenly, Sgt James asked that I "rewrite the last sheet (2nd sheet) **(see EXHIBIT)**, because he had "some questions to ask". I complied with his request but did not know that he was going to "WRITE HIS QUESTIONS ON MY STATEMENT SHEET", which he did knowing that it was **NOT** a "question sheet" but a "statement sheet" by me. Then he apparent called the Base Fire Dept. and a CIA office; for what, I do not know.

Then I noticed a female and a well-dress male close by here I was with the Military Police. The well-dress male came to the car where I was waiting with the Police Office. He introduced himself as CIA here at JBA with "Air Force-1". Then he began asking me questions as if I am "crazy" (such questions as "are you hearing voices, etc.). My response was "yes, I hear your voice" Then, as he walked away, he stated "I am going to have you sign some document". I promptly said, "I am not signing anything."

Later TSgt James took me to the office of the Base US AFOSI, again without any explanation. What happened next causes me to still be crying. As I exited the OSI buildings Sgt James told me "I am going to read you your Miranda-Right". Then he told me "I AM GOING TO ARREST YOU" I asked him to repeat, and then I asked why? He stated that I had made "false statement" about the gassing device in my car. He stated that the Fire Dept checked it out and they could find nothing.

## HUMAN RIGHTS VIOLATIONS CONPLAINT

The FBI and Passport Nissan Dealer had illegal installed in the "trunk" area of my car when I had to tow the car to the Dealership, when it would not start because the FBI "Operatives" had removed 4 fuses from the car. I did not make ant FALSE STATEMENT to TSgt James or anyone. My statement was clearly written and had nothing to do with the deadly device in my car, but instead all about the TORTURING I HAD SUSTAINED ALL NIGHT on 15 August 2024.

What happened next, was that Sgt James did not care, he "HANDCUFFED" me and placed me in his car and took me to his police station parking lot. It got worse. He had some police ladies come outside in parking area and was tearing my clothes apart (FRIZZING), while the police flashing lights and the fire Truck light and siren was going off. People driving by on the road, stopped to see me being taken apart by police staff. I WAS NEVER SO EMBARRASSED AND HUMILITAED IN MY LIFE.

Then after then, I was placed in a lock "Holding Room" without explanation, or what, how when, etc. I was locked away for more than 2 hours without any explanation. Then, male police and 2 females opened the door and told me I could leave. NO EXPLANATION WAS GIVEN AS TO WHY I WAS ACCUSED OF MAKING FALSE STATEMENT, WHEN I DID NOT AND WHY WAS I TREATED LIKE A CRIMINAL? NO ONE ANSWERED.

The real reasons for this illegal "arrest" were to benefit the FBI. The FBI has been making every effort to remove the GASSING DEVICE IN THE TRUNK OF MY CAR AND TO GET ME IN THEIR CUSTODY.

BASE SECURITY RELEASE ME AFTER MORE THAN 2 HOURS IN S HOLDING CELL:

The Base Security Police team offered to take me back to my car, in the Headquarters' parking lot, but I refused and walk back to my car. When I thought that I had enough, it was not so. Apparently, the fire dept staff tore up the fold-paper that had been covering the deadly gassing device, and these pieces of foil paper all over the truck and inside of my car. My car was searched inside. The glove compartment was wide open, clothes and other items were spread all over the car. My plan is to speak with the Security Commander about this unnecessary deprivation and abuse of my rights. This illegal arrest was a setup by the FBI to have the Base Security turn me over to their Custody. The Security Force must have realized that what they

HUMAN RIGHTS VIOLATIONS CONPLAINT

were doing to me is illegal as I am a CIVILIAN AND THEY CAN'T ARREST ME FOR WHAT THEY CALL "FALSE STATEMENT" which a lie, the gassing device is still in the car, to date.

BANNED FROM THE BASE BY SECURITY POLICE COMMANDER'S FALSIFIED MEMO.

Then on 20 October 2024, as I entered the Main Front gate of Joint Base Andrews, I was stopped by the Base Security Police, given a document, and was told that I was BANNED from entering the Base, but never said the reason why. I would later read the memo that said I had "call bomb threat on the base". I was speechless, as I know that was an extreme lie that NEVER HAPPENED, and that the FBI and OSI was part of banning me. They had tried to do so, by having the OSI present the former Commanders (Colonels Randolf and Bryson) that were in charge, with the "cut-and-paste" – AI) video that they claimed, I made I a confession. But the Commanders, as they knew me well, ignored it and protected me even more.

The Commanders left in July 2024 and weeks after they departure, Security, OSI and FBI arrested me claiming I had made false statement about "gassing" in the trunk of my car. There was and still is a gassing FBI device in my car.

After realizing that their arrest of a "Civilian" is illegal. Besides, no one could prove that there was gas in the device.  It's my belief, that the reason I was blocked from the base was because the Security Police realized that I had legal reason to go after them for that illegal arrest. So, the made up the situation to ban me from the base.

But what occurred seem to cause more problems, for them. As I was responding to the banning, I saw some illegalities in the way the memo was written, etc. First, there were no signature of anyone, specifically the 316th Wing Commander who has sole authority to ban another from the

HUMAN RIGHTS VIOLATIONS CONPLAINT

base. Second, the document specified that I would be banned for 3 years. That too made no

sense, as Commanders' tour-of-duty last only 2 years, and the person I should contact for future

information was not from the Wing Commander's office but the Security Police "Report and

Analyze: office, who has no direct assignment to the Wing Commander. But the most important

and obvious problem was a "stamp" that showed the signature Wing Commander was clearly a

cheap from Staple's local store. All it contained, was a date (15 Oct 2024) and the name of the

Wind Commander. THE MEMO WAS CLEARLY FRADULENT DOCUMENT.

I immediately tried to contact the Wing Commander's office, and I was blocked by the FBI from

using any of my 4 phones. I tried contacting the name on the memo, Report and Analyze Office

and explained what I found. Her response was "I will call you back" never heard from her to

date. However, I was met by the Security Force Base Commander for Joint Base Anacostia

Bolling, at the entrance to Bolling, approximately a month later and was threatened that him "am

getting ready to ban you too if you don't stop telling people the document is false". He claimed

that his "counterpart at Joint Base Andrews" told him what I was doing and that I was staying at

the Navy Lodge, there at Bolling. I never went back to either base since 7 November2024 after

the manager at Navy Lodge, illegally went into my bank account and stole $1396 **(see**

**EXHIBIT** ) from my account. I did inform the Bolling Security Commander, but he ignored me

and kept being rude to me.

HOMELESS AND LOOKING FOR APARTMENT RENTAL:

After that incident of being BANNED from JBA, I am now homeless and have no idea what to

do at that time, without any money. So., I decided to seek help from the Navy Federal Credit

Union. To my surprise, I did have my VA Benefit going to the bank for more than 6 months,

HUMAN RIGHTS VIOLATIONS CONPLAINT

without remembering. It was "God sent". I was able to go to a hotel, to date. Unfortunately, I

will not be able to stay at the hotel because of the cost.

FBI REACHED OUT TO MY FAMILY MEMBER TO HELP DESTROY EVIDENCE OFTHE

ILLEGAL BANNING MEMO:

I had made arrangement to have my nephew, Wayne Harris to come from Texas and join me

here in Maryland. After he arrived, I decided to drive with him back to Texas and stay for the

Christmas holiday and rent a place there. We left for Texas on 2 December 2024. Somewhere in

the Caroline, I was surprised to see one of the FBI Agent that I had seen on JBA, earlier'. The

car followed us to one of the many "Truck Stops" as we were getting gas. There was evidence

that the FBI was following us when I receive a phone call from my bank staff (Andrews Federal

Credit Union AFCU). They were concerned that someone was making "strange" gas purchases.

There were 6 charges, within a 5-hour period showing that I had purchased gas in the amount,

ranging from $106 -$199 at every gas fill-up. I immediately informed that bank staff that I am

driving a Nissan Rogue, and fill-up is no more than $35. As my nephew and I continue our drive,

he suddenly began yelling, and very rude, at me and saying he does not want to hear any more

about the FBI. On arrival at the hotel in Houston, TX, my attaché case was missing. My

nephew's response to my missing attach case, was very surprising. He said "you can't prove that

the FBI took it" I never said anything about anyone taking it. However, I would later understand

why he said that. During the 2 weeks that we were together, Wayne was going into my purse,

where I kept my "flash-drives: and taking them out and giving to the FBI for money. When I

reviewed the files on my "drive" many of my files were deleted. The false banning memo that

the Security Police Commander, at JBA had written to have me banned, was deleted, the Court

case that Judge Cox-Orleo from Newark Federal District Court in NJ was gone, and many more

HUMAN RIGHTS VIOLATIONS CONPLAINT

files. When I confronted Wayne (via phone and texts), he very rude and hateful in his response. At no time did he apologize. **It's my intent to bring charges against him for thief, and to have him arrested because, I now see him for who is really his; VERY DANGEROUS**. I believe that he would have harm me for the money the FBI paid him to get those documents. I know he received a lot of money from the FBI. Most importantly, the documents that the FBI deleted from my "drive" are government's evidence (JBA Commander) that was falsely produced and will be needed during the Senate and Congress investigation against the FBI and others involved in. Fortunately, I did give copies of these documents (JBA Commander's falsified memo) to the Senate and Congressional Judiciary Committee's staff in October 2024.

This is the second time the FBI has used my family member to help them deprive me of my human rights by setting me up and stealing evidence. In 2018, after returning from Germany, my oldest brother's wife had made temporary arrangement with her sister, Pauline DaCosta, in New Jersey. Since she was having financial problem, I decided to stay and paid her, until I could find an apartment. I was surprised when she decided to go on vacation in Jamaica" knowing the did not have nay such funds, as her house was in the" repo" situation with the mortgage company. I was left alone in the house and a bit concerned since I was new to the area and these family members. Within hours of Pauline departure, her 9-year-old niece appeared at the house. I was surprised she should have been in school. Second, she is a very out-of-controlled child without motherly discipline, and I wanted no part of her. Second, she should have been in school. She, immediately trying to get close to me, then went on the bed and began gyrating back and forth. I got up, quickly, and opened the door and asked her to leave. As I looked out the door on the street was a black government looking car and she went into the car. She came back to the house, by ripping the screen on the side door of the house. Once again, she tried to get close to

HUMAN RIGHTS VIOLATIONS CONPLAINT

me. I was now sure that this was an FBI setup. So, again, I opened the door and shoved her side. I would later learn that the FBI had paid for Pauline's vacation to Jamaica, and possibly her two sisters who went on the trip as well.

A week later, Pauline arrived but was afraid to confront me as she knew I was aware of her setup. I left the house immediately and was invited to stay with her Niece, Marsha. The situation was worse. Marsha gave a copy of my car keys to the FBI, when I left my car at her house, where I was temporary residing, while I had left for New York.

DEFAMATIOM AND FINDING AN APARTMENT:

Since, then the FBI has been focusing on my bank accounts, and every apartment rental company I have been contacting, the FBI usually contact them first and I can only imagine what they are telling them, LIES. On one occasion, I contacted MetroPlace Apartment in Camp Spring, MD. I followed the procedure which requires that applicants must register first before completing an application, which I started but never complete as I had questions, I needed answers to. On the day I was preparing to go to the office of MetroPlace, On 3 January 2025, I received a call from them. The lady on the phone told me "Your denied because you have a write-off" I never had a chance to say anything else. Then it was approximately a week later I noticed that $525 was illegally withdrawn from my account by MetroPlace. I called immediately called the office. The woman on the phone told me "You have to wait 5-10 to receive your money back". When that did not happen in those 10 days, I called again and was told" it's on its way". To date (2/1/20 and I still have not receive my money. I have filed a "POLICE REPORT" # _____ ) against this Apartment Renting Company. This is another of the FBI coordinated injustice against me.

HUMAN RIGHTS VIOLATIONS CONPLAINT

After m money have been illegally taken by MetroPlace, I reached out to the Tribeca Apartment in the same area. I completed the registration and application but have heard nothing from the office. Each time I call the phone would hang up in my ear. I am still waiting to hear from the office, as I was told to do.

FBI ATTEMPTS TO KILL ME:

On 20 December 2024, I came to my room at the Staybridge Hotel, where I have been staying since late December 2024. I had made the drink 2 days before this "spiking" my fruit drink occurred, and I had no problem before, then. But when drank a little less of half cup of fruit juice (Tamarind) and within minute I lost consciousness, as I was sitting on the bed. I woke up at 3:08 AM and could not recall what happened. Anyway, I became dizzy, throwing-up and sitting on the commode for hours. I was alone and very scared all night, and the next day. I was afraid to call emergency or the management, because I do not trust medical individuals, after my experienced for more than 20 year of FBI injustice and their operatives, most of who are medical people.

I do know that the FBI is residing in the hotel because they have men trying to get my attention and children/with parents following me to the dining facility for breakfast and Social Times in the evenings, So, I stop attending those activities. I recall hearing footsteps, going back-and-forth, at my door at the hotel that night throwing-up and going to the rest room, and knew that the FBI undo any door lock and could enter my room.

I was sick and had nothing to eat for more than 3 days. Then, I noticed the Hotel management of the situation before calling the Prince George's Police Department **(See PG Police Report # _____).**

HUMAN RIGHTS VIOLATIONS CONPLAINT

FBI ENTERED HOTEL ROOM AND GASSED IT:

On 30 January 2025, as I drove into the Hotel parking lot, I noticed a white female quickly running out from the Hotel's main lobby and into her car in a haste. She looked like someone I had met before, and I was correct after getting to my room; it was gassed. I immediately informed the hotel "Front Desk" staff, and he went to the room and could acknowledge the gassing and offered me another

DOJ CIVIL RIGHTS DIVISION RESPONSE TO MY COMPLAINT:

On 20 February 2025, I sent a letter, with copies of the MRI showing the deadly illegal implants that the FBI and Dr. Stefen, dermatologist from Germany placed in my head without my knowledge and consent. I further, sent CatScan showing the "Tracking Device" that was also illegal implanted, in my right leg, by the FBI Please review the response **(EXHIBIT report - 573451-LDF)** from that Division. They apparently do not think my life is worth anything, so they just trash it and allow the FBI to continue torturing me.

FBI BLOCKING ALL MY COMMUNICATION SYSTEMS, INCLUDING PRESIDENT TRUMP'S COMMUNICATION:

The FBI has no respect for anyone, not even the US President. President Trump, and other members of his administration (Vice Pres. Vance, Representative Jim Jordan and others) have been try communicating, via emails texts, and phone calls and the FBI continuously blocking my response. On one occasion, the Vice President even asked, "Do you have a do not disturb sign on your phone?" **(See EXHIBIT ).** Just this past week, the President I received another one of his daily texts. This one said "I have job for you in my administration **(See EXHIBIT   )"** Again, the

HUMAN RIGHTS VIOLATIONS CONPLAINT

FBI blocked it and when I called the White House telephone switchboard the response was "we are closed" **Most importantly**:

***THE FBI HAS BEEN DELIBERATELY BLOCKING PRESIDENT TRUMP'S AND VICE PRESIDENT TEXTS (<u>SEE COPIES OF THE PRESENT'S TEXTS</u>), WHICH I HAVE BEEN RECEIVING SINCE APRIL 2024***

In addition, every law firms I have reached out to, I believe that the FBI call them before they respond to me. For example, I had contacted the law firm of Finnegan, and international law firm in Washington DC. They had promised that they would help, then they said no. Then I reached out to the law firm of Rothall, and an Attorney Steve Liberman. When he called back and as I was beginning to tell him about my problem he said "before you go any further, I can't help you" How did he know he could not help me? He had talked to the FBI and as always, they lied to him and possibly promise him "tons of money", which they always do.

I have 4 telephones and the FBI controls all 4, and my emails and my Postal Mails.

THE FBI INJUSTICES IN MY LIFE:

The FBI has illegal touch every aspect of my life with hate, evil, lies, deadly desires, simply because I would not commit a crime against the military on their behalf. With all those crimes against me is still not enough. The FBI make sure I never get a good night's sleep in peace. Everywhere I go the FBI goes, and somehow find their way in the rooms where I sleep and they hide devices, in these rooms, that makes noises containing children crying, men laughing and now mourning sounds. This is what I am now dealing with at the hotel where I am staying. I have complained to the management, but as expected, the FBI will always get their way because

HUMAN RIGHTS VIOLATIONS CONPLAINT

they have guns, badges, and pockets filled with taxpayers' money and they do not hesitate to hand it out like candy-bars.

Most importantly, it's my belief that they fear no one and feels like they answer to no one. For example, few weeks ago, I wrote to the Department of Justice (DOJ) Civil Rights, and the next day the responded by saying my complaint was, basically, not worth their time (see EXHIBIT ___).

**In summary, my main reasons for filing this Complaint:**

I do need to know if the U.S. Department of Justice, the Federal Bureau of Investigation and other Federal law Enforcement Agencies are engaged in and condone human torturing, gassing, defaming, illegal 24/7 surveillance of innocent people, illegal held against one's will, ban people from traveling, entrapment, and experimenting on human, BLACKS to be specific, then kill them as the FBI is now doing to me. I proposed the following actions be implemented:

(a). To make sure the truth is established/talked (**PUBLICLY**) about these illegal implants that the FBI performed on me in Munich Germany on 24 June 2014 and the tracking device on 17 February 2009, all without my knowledge and/or permission.

(b). To have surgery to remove these devices from my body before any further damages are done to my body with the supervision of some suitable entity (Congress, Senate, etc.)

(c). To have the FBI compensate me for the pain and suffrage I have sustain over the years and for violations of my Rights, gassing, torturing and defamation of my character, without cause.

(d) To restrict/deny the FBI taxpayers fund that they use to pay their "operatives" to help them commit criminal acts against innocent HUMAN BEINGS.

(e) To make sure the FBI never take this type of inhumane and barbaric action again against any other US Citizen or any other person, anywhere

## HUMAN RIGHTS VIOLATIONS CONPLAINT

(f) I would like to have a polygraph perform by credit entity and not DJ and/or FBI, so that the

truth can be established that I am not a child molester, prostitute, liar, insane, terrorist, etc.

**I Declare Under Penalty of Perjury that every statement made in this Complaint is true to my best knowledge and that I can provide evidence to the facts.**

Truly,

Dr Beverley M Harris

9 MAY 2025

Cc:
US Senatorial and US Congressional Judiciary Committees, US Congress, Wash DC
Senator Chuck Grassley, US Senate, Wash. DC
Senator Cory Booker, US Senate, Wash DC
US District Federal Court, Greenbelt, MD ??
Montgomery Special Victim Investigation Division (SVID)\