EXHIBIT MT-1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HARRIS, BEVERLEY M. | 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 | 12-30-1948 | 01-21-2011 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 460 | 5-B. Nature of Action LWOP NTE 21-JUL-2011 | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code DAM | 5-D. Legal Authority Reg 630.101 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CONTRACT SPECIALIST 196316 - 2110689 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1102 | 12 | 05 | $68,310.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $68,310.00 | $0.00 | $68,310.00 | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ARCENT, KUWAIT COMMAND GROUP APO AE 09889-9900 | |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 4   1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2   0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic only | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 10-13-1999 | F  Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 9999999999 | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| KU6000000 | URAYFIJAN / KUWAIT |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| MNM | PON# FA | | | TDA DATA 3A/W47TAA/9999/999 |

45. Remarks

Forwarding address: 26303 Watercypress Court Cypress, TX 77433.

Reason for placement in nonpay status: Returned to United States.

RPA#: 11MAY0FHARCE0X064260.

Service credit for retirement, reduction-in-force, and leave accrual purposes continues for up to a maximum of 6 months in nonpay status per calendar year.

FEGLI coverage continues until your time in nonpay status totals 12 months. Contact your servicing Human Resources Office or see the FEGLI Handbook at http://www.opm.gov/insure for detailed information.

*[handwritten: NEVER RECEIVED PAY]*

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. Army Central (AR3A) | Monique N. Morgan |
| 47. Agency Code AR3A | 48. Personnel Office ID 4170 | 49. Approval Date 05-05-2011 | HUMAN RESOURCES ASSISTANT |

5-Part 50-316        TURN OVER FOR IMPORTANT INFORMATION        Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE | | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|---|
| 1. NAME (Last, first middle) HARRIS BEVERLEY MAUD | 2. DEPARTMENT, COMPONENT AND BRANCH AIR FORCE — REG AF | | 3. SOCIAL SECURITY NO. 089 44 9548 |
| 4a. GRADE, RATE OR RANK SSGT | 4b. PAY GRADE E-5 | 5. DATE OF BIRTH 1948 DEC 30 | 6. PLACE OF ENTRY INTO ACTIVE DUTY FORT WORTH TX |
| 7a. LAST DUTY ASSIGNMENT 1998 COMM GP (AFCC) | | | 7b. STATION WHERE SEPARATED McGUIRE AFB NJ |
| 8. NOT APPLICABLE | | | 9. AMOUNT 35 NONE |

| 10. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY | 12. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 1989 | AUG | 15 |
| | b. Separation Date This Period | 1984 | AUG | 14 |
| 27270 - AIR TRAFFIC CONTROL OPERATOR, 5 YEARS, 5 MONTHS | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 05 | 11 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 00 |
| 64550 - INVENTORY MANAGEMENT SPECIALIST, 4 YEARS, 7 MONTHS | f. Foreign Service | 01 | 11 | 22 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1979 | DEC | 30 |
| | i. Reserve Oblig. Term. Date | NOT APPLICABLE | | |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

AIR FORCE TRAINING RIBBON, AIR FORCE LONGEVITY SERVICE AWARD W/1 OAK LEAF CLUSTER
AIR FORCE GOOD CONDUCT MEDAL W/1 OAK LEAF CLUSTER, BASIC AIR TRAFFIC CONTROLLER
BADGE

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

BASIC MILITARY TRAINING CRS, 6 WKS, AUG 1974. NCO ORIENTATION CRS (PME I), AUG 1977.
AIR TRAFFIC CONTROL OPERATOR CRS, 570 HRS, JUN 1975. OJT MANAGER/SUPERVISOR ORIENTA-
TION, 24 HRS, MAY 1981. USAF SUPERVISORS CRS (PME II), 54 HRS, SEP 1979.

| 15. MEMBER CONTRIBUTED TO POST VIETNAM ERA VETERANS EDUCATIONAL ASSISTANCE PROGRAM | YES ☐ NO ☒ | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT YES ☒ NO ☐ | 17. DAYS ACCRUED LEAVE PAID 0.0 |

18. REMARKS

NOT APPLICABLE

CPY 3 TO VA DATA PROCESSING CENTER (214) 1615 E. WOODWARD ST., AUSTIN, TX 78772
CPY 5 TO USIDC, BOX 44246, CAPITOL STATION, BATON ROUGE, LA 70804
CPY 6 TO DIRECTOR OF VETERANS AFFAIRS, 294 WASHINGTON AVE, ALBANY, NY 12210

| 19. MAILING ADDRESS AFTER SEPARATION 230 HAMILTON AVE., NEW ROCHELLE, NY 10801 | 20. MEMBER REQUESTS COPY 6 BE SENT TO DIR OF VET AFFAIRS ☒ YES ☐ NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN BETTY A. SWINDLE, 1LT, USAF |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Includes upgrades) HONORABLE | | |
| 25. SEPARATION AUTHORITY AFR 39-10 | 26. SEPARATION CODE | | 27. REENLISTMENT CODE 3D |
| 28. NARRATIVE REASON FOR SEPARATION EXPIRATION TERM OF SERVICE | | | 30. MEMBER REQUESTS COPY 4 |
| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | | | |

MEMBER - 4