My Job in Kuwait
Jan 2011

EXHIBIT- MI-2
- MI-3

**NOTIFICATION OF PERSONNEL ACTION**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HARRIS, BEVERLEY M. | 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 | 12-30-1948 | 07-21-2011 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 317 | Resignation |
| 5-C. Code | 5-D. Legal Authority |
| RPM | Reg 715.202 |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CONTRACT SPECIALIST 196316 - 2110689 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1102 | 12 | 05 | $68,310.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $68,310.00 | $0.00 | $68,310.00 | |

14. Name and Location of Position's Organization
ARCENT, KUWAIT
COMMAND GROUP
APO AE 09889-9900

**EMPLOYEE DATA**

23. Veterans Preference: 4
24. Tenure: 2
25. Agency Use:
26. Veterans Preference for RIF: X YES

27. FEGLI: C0 Basic only
28. Annuitant Indicator: 9 Not Applicable
29. Pay Rate Determinant: 0

30. Retirement Plan: K FERS and FICA
31. Service Comp. Date (Leave): 10-13-1999
32. Work Schedule: F Full-Time
33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 1
35. FLSA Category: E
36. Appropriation Code: 9999999999 |
37. Bargaining Unit Status: 7777

38. Duty Station Code: KU6000000
39. Duty Station: URAYFIJAN / KUWAIT

40. Agency Data: MNM | PON# FA
44. TDA DATA 3A/W47TAA/9999/999

45. Remarks:
Forwarding address: 26303 Watercypress Court, Cypress, TX 77433.
SF 2819 was provided. Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
Lump-sum payment to be made for any unused annual leave.
Employee gave no reason for resignation.
RPA#: 12FEB0HUCPOC0N712958.
SF 8, SF 293, SF 2810, SF 2821 issued..

DID NOT RESIGN
FORCED TO ACCEPT
THIS illegal ACT BY COL COLE AND
BRADY

46. Employing Department or Agency: U.S. Army Central (AR3A)
47. Agency Code: AR3A
48. Personnel Office ID: 4170
49. Approval Date: 02-24-2012
50. Signature/Authentication and Title of Approving Official: Leopoldo Toledo, Approving Official

5-Part 50-316   TURN OVER FOR IMPORTANT INFORMATION
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

*My Job in Kuwait Jan 2011*

*My Performance Appraisal*

# DEPARTMENT OF DEFENSE NATIONAL SECURITY PERSONNEL SYSTEM (NSPS)
## PERFORMANCE APPRAISAL

EMPLOYEE NAME: Harris, Beverley M           APPRAISAL YEAR: 2010

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 9901-9902; and E.O. 9397.

**PRINCIPAL PURPOSE(S):** This form will be completed by employees, rating officials, and managers to document the job objectives, and interim, closeout, and annual assessment requirements of the National Security Personnel System.

**ROUTINE USE(S):** The DoD "Blanket Routine Uses" set forth at the beginning of OSD's compilation of system of records notices apply.

**DISCLOSURE:** Voluntary.

### INSTRUCTIONS FOR COMPLETION OF NSPS PERFORMANCE APPRAISAL FORM

**Cover Sheet:** Complete the employee's name (Last, First, Middle Initial) and the appraisal year (year portion of the appraisal effective date).

**PART A - Administrative Data.**
1. Employee Name: Name of the employee (last, first, middle initial).
2. Social Security Number: Enter last 4 digits of the SSN.
3. Position Title: Enter the title of the employee's position as of the appraisal period start date.
4. Pay Schedule/Occupational Code/Pay Band: Enter the employee's pay schedule, occupational code, and pay band as of the appraisal period start date.
5. Organization: Enter the name of the employee's organization.
6. Pay Band Range and Base Salary: Range of pay band for position employee encumbers and employee's salary as of the date this form was generated or the appraisal period end date, whichever is earlier.
7. Duty Station: Enter the duty station where the employee works.
8. Pay Pool ID: Enter the employee's pay pool identification number.
9. Appraisal Period: Enter the start date and the end date of the evaluation period. Typically this is the rating cycle start and end date; however, these dates can vary.
10. Appraisal Effective Date: Enter the effective date of the appraisal (typically 1 January).

**PART B - Performance Appraisal Documentation.**
To be completed by all parties as appropriate to document the establishment of job objectives and contributing factors, interim review, closeout assessment, and annual assessment as required. This information will auto-populate when the form is generated from the Performance Appraisal Application (PAA). The gray blocks will not be auto-populated as this information is not documented in the PAA, and the information is not required by DoD policy. Component or local policy may require the completion of these fields.

**PART C - Performance Rating and Compensation Summary.**
Rating computations are based on job objective weight, rating, and contributing factor impact.

**PART D - Relevant Organizational Mission/Strategic Goals.**
Organizational Mission and Strategic Goals as they apply to an employee's performance.

**PART E - Performance Indicators.**
Performance Indicators are general descriptions of levels or thresholds of employee performance used to measure, evaluate, and score an employee's achievement of his/her job objectives. This information will auto-populate when form is generated from the Performance Appraisal Application (PAA).

**PART F - Component Unique Information.**
Reserved for Component use.

**PART G - Job Objectives, Contributing Factors, Assessments.**
Complete this section to document job objectives, contributing factors, and the corresponding employee and rating official assessments. This page should be duplicated for each job objective and type of assessment. When completing an assessment, mark (X) in the box to indicate the type of assessment (e.g., interim or annual). When multiple assessments are given during the year (e.g., interim assessment and annual assessment), duplicate each objective page for each new type of assessment. Only one type of assessment should be documented on each page. When multiple interim reviews or closeouts are documented, indicate the interim/closeout number under the appropriate checkbox (e.g., 1 of 2).

DD FORM 2906, SEP 2008       PREVIOUS EDITIONS MAY BE USED UNTIL MAR 2009.                Cover Sheet
                                                                                           Adobe Designer 7.0