| EMPLOYEE NAME: Harris, Beverley M | | | APPRAISAL YEAR: 2010 | |
|---|---|---|---|---|
| PART G - JOB OBJECTIVES *(Duplicate this page for each job objective)* | | | | |
| JOB OBJECTIVE NO. 1 | TITLE: REQUIREMENTS PROCESSING | | LAST MODIFIED ON: 20091029 *(YYYYMMDD)* | |
| JOB OBJECTIVE (Limited to 1,000 characters) | | | WEIGHT: | 40 % |

Provide proactive, comprehensive requirements acquisition support with the highest level of integrity to meet mission requirements. Collaborate with stakeholders to ensure timely, accurate planning, review, and execution of requirement actions. Exercise requirement oversight to ensure that expiring contracts and CORs are tracked effectively and efficiently. Manage workload to provide current status of all assigned actions. Complete actions with in established procedures and timelines. Provide prompt, accurate responses to internal and external customer's inquiries.

| CONTRIBUTING FACTORS: | | | RATING: | |
|---|---|---|---|---|
| [X] Technical Proficiency | [ ] Communication | [X] Resource Management | OBJECTIVE RATING: *(1 - 5)* | 4 |
| [ ] Critical Thinking | [ ] Customer Focus | [ ] Leadership | CONTRIBUTING FACTOR IMPACT: *(+1, -1, or 0)* | 0 |
| [ ] Cooperation/Teamwork | | | ADJUSTED RATING: | 4 |
| TYPE OF ASSESSMENT: | [ ] INTERIM REVIEW ___ of ___ | [X] ANNUAL ASSESSMENT *(including early annual)* | OTHER: [ ] CLOSEOUT [ ] SPECIAL PURPOSE ___ of ___ | |

EMPLOYEE SELF-ASSESSMENT (Limited to 2,000 characters)

(1) For example in November 2009 I dedicated myself to working on behalf of the Directorate of Logistics (DOL) to establish the Contract Coordination Cell (CCC). The DOL's mission was to provide for a centralized standard of initiating contracts with the Area Support Group - Kuwait (ASG-KU). Being highly motivated and curious to see this new adventure in its most profound stages, I exerting more than 65% of the overall creative effort in establishing the CCC. This included preparing the necessary documentation and other tools needed to complete an operational contracting coordination office. I created and wrote the CCC's Mission Statement, established the agenda and wrote the Standard Operations Procedures (SOP). I also worked with other CCC staff and wrote and created other usable documentation pertinent to the complication of an ideal "contract package". Understanding that having all the necessary documentation in place does not necessarily provide for a smooth and effective contract coordination system, I decided to provide one-on-one brief training to the customers as they began the new processes of utilizing the "first contact phase" of initiating the contractual requisition here at the CCC.
(2) I worked closely with the Directorate of Resource Management (DRM) to "fine-tune" various processes in the compilation of documentation for the contract package. This included the CCC Internal Checklist, Joint Implementation Committee Procurement (JIC), and the Executive Summary form.

RATING OFFICIAL ASSESSMENT (Limited to 2,000 characters)

Ms Harris subject matter expertise and experience were key contributing factors in the successful establishment and operation of the Area Support Group-Kuwait Contract Coordination Cell (CCC). Her outstanding efforts in the initial stages of office functionality led to the development of the CCC mission statement, SOP, CARB documentation requirements, as well as writing and creating other usable tools and documentation pertinent to the compilation of a standard contract package. Her daily contact and communication with organizations such as LOGCAP, USACC, and DCMA facilitated contract requirements for over 300 contracts in support of the commands base operations mission throughout seven camps in Kuwait. She was instrumental in the processing of more than 300 contract packets valued over $700M, while assisting over 500 customers.

EXHIBIT-MI-4

DD FORM 2906, SEP 2008          Copy  1  of  3          Page 4 of 4 Pages

| EMPLOYEE NAME: Harris, Beverley M | APPRAISAL YEAR: 2010 |
|---|---|

### PART G – JOB OBJECTIVES (Duplicate this page for each job objective)

| JOB OBJECTIVE NO. | 2 | TITLE: BUSINESS ADVISOR AND CUSTOMER CARE | LAST MODIFIED ON: 20091029 (YYYYMMDD) |
|---|---|---|---|

**JOB OBJECTIVE** (Limited to 1,000 characters) — **WEIGHT: 30 %**

Demonstrate professionalism and technical expertise in representing the government's stakeholders and customers. Provide sound, innovative recommendations to requiring activities regarding acquisition strategies in development of requirements. Recommend process improvements in accordance with streamlining and best practices initiatives. Train requiring activity personnel regarding their requirements responsibilities. Fully brief sensitive issues to management.

**CONTRIBUTING FACTORS:**
- [ ] Technical Proficiency
- [ ] Communication
- [ ] Resource Management
- [X] Critical Thinking
- [X] Customer Focus
- [ ] Leadership
- [ ] Cooperation/Teamwork

**RATING:**
- OBJECTIVE RATING: (1 - 5) — 3
- CONTRIBUTING FACTOR IMPACT: (+1, -1, or 0) — 1
- ADJUSTED RATING: 4

**TYPE OF ASSESSMENT:** [ ] INTERIM REVIEW ___ of ___   [X] ANNUAL ASSESSMENT (Including early annual)   **OTHER:** [ ] CLOSEOUT   [ ] SPECIAL PURPOSE ___ of ___

**EMPLOYEE SELF-ASSESSMENT** (Limited to 2,000 characters)

(1) For example I worked with the Camp Arifjan Command Surgeon the (Troop Medical Center) and Dental Surgeon (Dental Treatment Facility) on staffing of both these facilities. Since these facilities require different specialties in medical staffing, this was certainly a challenge for me. Further, I had no prior background in medical staffing but knew that these Customers were depending on my expertise as a Contract Specialist to accommodate their needs. I used their medical knowledge and my ability to perform thorough research to gather information on the type of accreditations, etc. Needed to provide an adequate staffing pool. I also engaged other contracting offices and medical facilities within the overseas regions and accumulated an enormous amount of information. I analyzed and assessed the information for viable results that I believe would meet the customers' requirements. I then composed a draft of the SOW for both facilities, with success. The customers were satisfied with the results. This SOW will now be used as a "template" for the medical staffing.
(2) One of the many reasons why the CCC was created was to eliminate the fragmentation of contracting procedures that had created a trend that resulted in lack of traceability of contracts as they moved through the various stages of processing. The primary developed role for the CCC was to standardize these processes in an easy-to-understand manner. However, since the Logistics Civil Augmentation Program (LOGCAP) staff was the ones working with contracts prior to the establishment of the CCC, I provided some guidance and exchanged current documentation that had become a part of the CCC contract package with LOGCAP. I also provided the necessary orientation training to the customers since the CCC system was a new entity. This was crucial in order to create a knowledgeable environment where all concerned had pertinent and viable information.

**RATING OFFICIAL ASSESSMENT** (Limited to 2,000 characters)

Ms Harris demonstrated superb technical capabilities as a contract specialist when working without any background experience in the medical field to assist the command surgeon and dental officers with their staffing shortfalls. Utilizing the command's medical staff's knowledge and her ability to perform thorough research to gather information on the type of accreditations, etc. needed to provide an adequate staffing pool, she was able to develop a Statement of Work (SOW) that can be used as a future template. She was also instrumental in providing the necessary contract packet orientation training to customers since the CCC was a newly formed office in the command.

DD FORM 2906, SEP 2008                    Copy  2  of  3         Page 4 of 4 Pages

| EMPLOYEE NAME: Harris, Beverley M | APPRAISAL YEAR: 2010 |
|---|---|

### PART G - JOB OBJECTIVES (Duplicate this page for each job objective)

| JOB OBJECTIVE NO. 3 | TITLE: CONTRACT MANAGEMENT | LAST MODIFIED ON: 20091029 (YYYYMMDD) |
|---|---|---|

**JOB OBJECTIVE (Limited to 1,000 characters)** — WEIGHT: 30 %

Ensure contract actions are complete, accurate and compliant with ASG-KU policies and procedures. Enhance and refine Requirements Processing Flow. Develop Quality Assurance oversight and tracking to predict additional future requirements. Assist Contracting Officer Representatives in requirements submission and tracking. Direct customers to respective DOL organizations where contracts are in place to facilitate immediate needs. Facilitate liaison communication between pre-award/post-award contracting division, contract management division and logistical support.

**CONTRIBUTING FACTORS:**

- [ ] Technical Proficiency
- [X] Communication
- [ ] Resource Management
- [ ] Critical Thinking
- [ ] Customer Focus
- [ ] Leadership
- [X] Cooperation/Teamwork

**RATING:**

| OBJECTIVE RATING: (1 - 5) | 3 |
|---|---|
| CONTRIBUTING FACTOR IMPACT: (+1, -1, or 0) | 0 |
| ADJUSTED RATING: | 3 |

**TYPE OF ASSESSMENT:** [ ] INTERIM REVIEW ___ of ___   [X] ANNUAL ASSESSMENT (including early annual)   OTHER: [ ] CLOSEOUT   [ ] SPECIAL PURPOSE ___ of ___

**EMPLOYEE SELF-ASSESSMENT (Limited to 2,000 characters)**

(1) Along with completing the CCC commitments, I was able to accomplish other highly complex assignments. I was specifically asked to work with the Directorate of Support Installation (DIS) to write the specification for the "off-base" housing furniture. I collected the various information about the type and the preference of furniture the DIS required, the price ranges that were acceptable to the Government and the timeline that was placed on this requirement. I spoke with the housing personnel who had prior knowledge of housing requirements, traveled to many furniture stores within the State of Kuwait, and met with various store representatives, on many occasions, to fully understand their method of operations and how they could satisfy the Government's needs. I successfully gathered all the necessary information and completed the specification in the allotted time and presented it to my Supervisor and Director.
(2) On other occasions I was asked by the Army Contracting Agency (ACC) to assist in working with them on explaining the use of the General Services Agency (GSA) "Advantage" program which provides a variety of products, services, Contractors/vendors, prices and varies other services and items. I diligently worked with members of the staff to obtain the needed information.
(3) During a very critical time with the Directorate of Public Works (DPW) I used my expertise in writing Statements of Work (SOW) and Performance Work Statements (PWS) to draft a PWS for the DPW during it task of clearing the area for the newly constructed DFAC.
(4) I also assisted various newly assigned members of the DOL staff in familiarizing themselves with the various required forms and procedures for the CCC contract package.

**RATING OFFICIAL ASSESSMENT (Limited to 2,000 characters)**

Ms Harris accomplished other key and critical tasks outside the normal day to day contract support requirements. She was specifically asked to work with the Directorate of Installation Services (DIS) to write the specifications for off-post housing furniture. She successfully gathered all the necessary information and completed the work in a timely manner. Her support in using her expertise in writing a Statement of Work (SOW) and Performance Work Statement (PWS) for the Directorate of Public Works (DPW) to support clearing construction areas for the new DFACs were a tremendous help in preventing delays.

DD FORM 2906, SEP 2008                 Copy 3 of 3         Page 4 of 4 Pages