EXHIBIT-MI-5



ILLEGAL
FBI TRACKING DEVICE

FBI TRACKING DEVICE CAPSULE

FBI TRACKING DEVICE IN PLAINTIFFS RIGHT LEG





FBI TRACKING DEVICE IN PLAINTIFF'S RIGHT LEG