

FBI





COIL

CAPACITOR

