3/25/25, 1:50 PM    Case 8:25-cv-01511-LKG    Document 1-7    Filed 05/09/25    Page 1 of 5
Case 8:25-cv-01339-GLS    Document 1-13    Filed 04/25/25    Page 1 of 1
IMG_20250325_080318986_AE.jpg



EXHIBIT-MI-

FBI OPERATIVES FOLLOWING PLAINTIFF WHILE SLEEPING IN HER CAR ON JBTH with the PERMISSION OF THE FORMER WING COMMANDERS






**DR BEVERLEY HARRIS**

9134 Piscataway Road, Unit 1658,
Clinton, Maryland 20735
Email: drparkinhar1@gmail.com, Tel: (202) 603-0722 or (914) 546-3135

**SKILLS:** Project/Program Manager, Program Analyst, Price Cost Analyst, Aviation Operations Manager, Aerospace /Aeronautical Engineer, Air Traffic Controller, Pilot, University Professor, Contract Specialist Writer/Editor.

**OBJECTIVE:** To secure a job in the area(s) of my expertise with a progressive company, nationally or Internationally, that is willing to utilize my vast academic and work experience.

**EDUCATION:** PhD, Organization and Management, Capella Univ - Aerospace   GPA 3.84, 2007
MA, Management, Central Michigan University,   GPA 3.65
BS, Professional Aeronautics, Embry-Riddle Aeronautical Univ.   GPA 3.50
AA, Air Traffic Control, Community Colleges of the Air Force   GPA 3.62

**GOVERNMENT CLEARANCE:**
DoD & NASA 1984 thru 2013

**VETERAN STATUS:**
US Air Force Active Veteran: Retired US Army Civil Service,

**EMPLOYMENT HISTORY:**

*Chief Operation Officer*, **B & D Consultant, Irvington, New Jersey**   11/16 – 12/20
- Strategically planned, directed, and managed the Company's operations.
- Wrote the Business Plan, policies, contracts, and other applicable documentation, for the Company, in accordance with market and industrial standards
- Provided civil, mechanical and construction engineering services related to aerospace facilities' requirement
- Travelled to Clients' locations as needed.

*Contract Specialist*, **US Army, Camp Arifjan, Kuwait,**   9/09 – 07/11,
- Wrote the SOP that created and established the Contract Coordination Cell, a "wartime" contract unit.
- Served as a Contract Specialist with the Contract Coordinator Cell -DOL responsible for facilitating the operations of supported field activities regarding US Army Government Contract policies, procedures (SOP), pricing, source selection, procurement development, management, and implementation, under OIF & OEF.
- Worked for more than 11 years with various government acquisition regulations (FAR, DFAR, ITAR, etc.), all government contract types, as well as UCC, commercial contracts.
- Reviewing and negotiating legal terms for a broad range of enterprise technology and commercial cloud contracts
- Worked with other government contract specialists, purchasing managers and agents, in "Combined Forces" environment (US Air Force, Air Force-1, GSA, and US Army), worldwide.
- Drafted and created certain requirements for industries' real and acceptable price; for Air Force-1 operation, and the US Army's Contract Coordination Cell (CCC); a fully operational tool that's now used in a "Wartime" environment as it was used in Iraq, Kuwait and Afghanistan.

1

DR BEVERLEY HARRIS

*Air Traffic Controller*, **KBR, G-3 Camp Delta, Iraq,**                       1/09 – 8/09,
- Managed, on a rotating shift basis, Army ATC services with a delegated airspace according to guidance contained within DoD and ICAO handbooks and US Army's directives and other applicable aviation guidance.
- Participated in accident investigations, analyzed, evaluated and made recommendations for multiple and varying complex ATC assignments.

*Online Instructor*, **University of Phoenix,**                                  5/02 –08/08
- Taught Business Management, English and Orientation courses using online-synchronized computer system.
- Assisted with the development of curriculum for these programs and in all other areas of the Faculty Counseling.
- Consulted with training specialists concerning training needs, problems, and availability as they relate to the operations of the University's and that the overall curricula are being met.
- Participated in student advisory activities during orientation and course selections

*Lead Contract Specialist,* **GSA, Boston MA**                              5/04-11/05
- Served as Team Leader, Senior Contract Specialist, and Lead Negotiator with delegated contracting officer authority for acquisition planning, preparation of price/cost analyses for designated actions, formulating negotiation strategy, developing negotiation objectives, negotiation of all types of contracts research and development, major non systems, and special operations required, the integration of contract negotiation efforts for Navy subsystems, components of the assigned system and production management of the assigned system

*Contracts/Procurement Specialist*, **U.S. Air Force, Joint Base Andrews, MD**    9/02-5/04
- Assisted with the $33 million yearly A-76 aircraft maintenance contract for Air Force-1 fixed-wing and helicopter fleet, and other "Base" service, maintenance, construction, etc. contracts.
- Prepared and administered all aspects of RFPs, RFQ, bid packages, TOs, DO, and FSS & GSA Schedules, GWAC, MAS, BPAs, TOs, DOs, and IDIQ contracts.
- Prepared and analyzed detail pricing. For all aspect of Air Force-1 operational contracts.

*Project Manager/Lead Engineer*, **Sirrah B. Engineering Corp**             1/94-7/02

- Strategically planned, directed, and managed the Company's operations.
- Wrote the Business Plan for the Company's as well as the company's policies, contracts, and other applicable documentation in accordance with Florida Department of Transportation (FDOT)
- Provided civil, mechanical and construction engineering services to FDOT, and local government agencies.
- Supervised Engineers (32 maximum), including subcontractors.
- Prepared cost analysis in computer by recapitulating material, labor, equipment, subcontractor and overhead costs incurred in the installation of items.

*Aerospace Engineer/* **/NASA Kennedy Space Center, FL** (Lockheed Astronautics Corp Contractor).                                                                 12/86-12/93
<u>Lead System Engineer for Space Shuttle Navigation Aids Systems</u>

**DR BEVERLEY HARRIS**

- Designed, tested, evaluated, and analyzed Space Shuttle navigational system and equipment.
- Developed and implemented Operational Maintenance Instructions (OMIs) to systematically provide maintenance for the MSBLS navigation system and Weather Stations, worldwide.
- Conducted price/cost analysis of unpriced spare parts to determine the reasonableness of proposed prices, using USA prices parameters as well as international pricing indexes to determine pricing for Space Shuttle parts' pricing while at the overseas Transoceanic Abort Landing (TAL) Sites location.

*Mechanical Design Engineer (Facilities).*
- Designed, and tested the Space Shuttle aerospace systems and equipment Reviewed and approved technical specifications, architectural drawings, designed plans, engineering standards. Evaluated, modified and set Mechanical Design Engineering criteria for the Space Shuttle Launch and Processing Facilities (OPF, VAB, PADS A&B) and Ground Support Equipment (GSE).
- Drafted and reviewed engineering policies and programs and provided expert technical support for the Space Shuttle navigation aids systems' (MSBLS, TACAN, Precision Landing Tracking System (PLTS), GPS, and weather station) operations, procedures and design, worldwide.
- Prepared drawings, schematics, cost estimates for making changes to Shuttle facilities, launch pads, etc. and bids as needed
- Traveled worldwide to support Shuttle navigation aids system at the Transoceanic Abort Landing (TAL) Sites and attended top-level meetings concerning the NASA Shuttle Transportation System (STS).

*Aerospace Engineer*, **NASA Kennedy Space Center FL.** (McDonnell Douglas Astronautics Contractor)

*Mechanical/Structural Engineer* - Strategically, designed and tested the Shuttle Spacelab avionics, life-support, and Shuttle High Data Rate Recorder (HDRR)
- Modified, installed and tested "Pallet" and "Module" Spacelabs and satellite deployment system.
- Evaluated, modified, and set Mechanical Design Engineering criteria for the Shuttle GSE & HVAC, ECS, Avionics Systems, and Flight Hardware.

*Air Traffic Controller/Supervisor/Airport Operations,* **U.S. Air Force, Worldwide,**
- Managed the full range of second line managerial and supervisory responsibilities, and as a high-level supervisor, worked other supervisors to establish the ATC organizational goals.
- On a rotating shift basis, ensured terminal ATC services within a delegated airspace according to guidance contained within FAA, ICAO handbooks and US Air Force directives and other applicable aviation guidance.

**PUBLICATION:** Harris, B. M., (2007). 911 Brings Changes: School Age Children's Experience with The Transportation Security Administration's (TSA) Airport Passenger Screening System, From a Parent's Perspective. Published: ProQuest, Ann Arbor, MI.
**SPECIALIZED TRAINING:**
- Microsoft Words, Word Perfect, EXCEL Spreadsheet, Lotus I & II, Power Point, Sun Station CAD, PeopleSoft, ACCESS, Outlook Express, SAP-R/2 & R/3, OS/ASP, Six Sigma; Leadership & Management Course, US Air Force; Air Traffic Control School-US Air Force; **Pilot** Training, University Online Instructor's Training; Inventory Management (Logistics), US Air Force; Human Resources; Development for Small Business, FDOT/FL A&M; Earned Value Management System (EVMS); Construction Math & Estimating,

**DR BEVERLEY HARRIS**

Florida Department of Transportation; Contracts & Bidding Development, Florida Department of Transportation; Information Management & Contracts Development, Florida A&M

**CERTIFICATES AND LICENSES:**
- Airfield/Base Operations – DoD/FAA (Certificate); Air Traffic Controller – FAA (Certificate 2009), Aerospace Control and Warning Systems Operation; Introduction to Emergency Readiness, FAA- Human Resources Development for Small Business (Certificate); Computer Programming & Design, ASP & OS (Certificate); Real Estate License (Florida & Maryland - inactive);- Contracting Level II, Acquisition/Procurement Certificate, DAU/DoD; Life/Health Insurance License, State of CT; US Army for creating the Contract Coordination Cell (CCC);

**HONORS/AWARDS:**
- US Air Force Safety & Educational Program
- Kennedy Space Center Educational Program Award (NASA)
- Excellence Achievement (NASA), Group Performance (NASA)
- Public Service Group Award (NASA)
- Successfully Teaching & Mentoring Military personnel, Middle East
- Secretary of Defense Medal – Global War on Terrorism

**OTHER INFORMATION:**
- Mentor US Army Soldiers and Civilians
- Tutor Math and other subjects to Army, Navy, Air Force, and Civilian personnel
- Instructor for the University of Maryland, Kuwait Middle East Campus
- Lived/worked in Kuwait, Iraq, Qatar, Saudi Arabia, Germany, and Jamaica West Indies
- Traveled to: Africa, Bahrain, Qatar, Dubai, Egypt, all European Countries, and West Indies