DR. BEVERLEY M HARRIS

Dr. Beverley Harris  
PO Box 1658, Clinton  
Maryland 20762  
Greenbelt, MD 20735

14 November 2024

Tel: (914) 546-3135 and (202) 603-0722.  
Email: drparkinhar1@gmail.com

To Whom This May Concern:

### THIEF OF APPROXIMATELY $1,000 FOR MY BANK ACCOUNT BY NAVY LODGE JBAB, MANAGER AND DENIAL OF RECEIVING MORE THAN $900 IN LODGING PAYMENT

**Detailed and in Chronological Sequence – POLICE REPORT**

FACTS:

Good day. On 20 October 2024, to my surprise, I was told that I was banned from entering Joint Base Andrews, by the Security Forces' member when I arrived at the "Main Gate" ID check. They stated that the Wing Commander was told that I had said something about a "bomb threat" I was so shocked; I could not speak for several minutes because I knew that was an **ABSOLUTE LIE AND THAT THE FBI WAS A PART OF THIS SETUP AND THEY HAD TRIED THIS BEFORE.**

After my banning from JBA, I went to stay at the Navy Lodging that evening to rent a room. The young lady working that day, was Mrs. Madona Solana. She was very professional and accommodating. She explained the price of the room per night but did not have any of the $108/night room. However, she explained that she has a double room for $154/night.

I did not have that $154 on my Debit Card as I was not expecting this situation. Mrs. Solana found a room for the $324 and I paid with my Debt Card **(See Exhibit A & A-1).**

- ➢ 21 Oct 2024 – Paid $108 in the morning (See Exhibit B & B-1) & My withdrawal From NAVY FCU to Andrews FCU Debit Card
- ➢ 21 Oct 2024 – Paid $108 in the evening (See Exhibit C & C-1)

On 3rd night the FBI GASSED THE ROOM VERY BADLY, SO I LEFT RHE ROOM AND SLEPT IN MY GASSED CAR ATHE CLINTONPOST OFFICE UNTIL ABOUT 1 AM

1

DR BEVERLEY M HARRIS

TALKING WITH AN HOMELESS WOMAND AND THEN WENT TO THE WALMART SHOPPING CENTER FOR THE REST OF THE NIGHT. WENT BACK LATE IN THE EVENING THE FOLLOWING DAY.

- The Manager, Ms Lee (she said this is her name) had removed some of my belonging and refunded me the $324, to my Debit Card. The $324 was refunded to my Debit then **DISAPPEARED** on 31 Oct 2024
    - Ms. Lee told me "Go talk to Bank" and I did.
- On 24 Oct 2024 I **paid $800 (in Cash)** and $64 (on the Debit) the Gentleman working at the Navy Lodge's Front Office, while Ms. Lee watched. **(See Exhibit D & D-1)**. This payment was for **21 Oct 2024 -28 Oct 2024**
- Paid on 28 Oct 2024 - **$432 in cash** to the Gentleman in the front office, for **29 Oct – 1 Nov 2024** (See Exhibit E & E-1)
- Paid on 29 Oct 2024, **$540 in cash for 2 Oct 2024 – 6 Oct 2024 (See Exhibit F & F-1)**

On 31 October 2024, I wrote Ms. Lee a note (See Exhibit G-1) explaining to her that the FBI had been gassing my room and I need a change of room and she denied it and got mad. I left and di nit argue with her. When I returned that evening, she began to argue and told me to call the Base Security Police. I told her I did not want to cause any trouble, but she insisted. So, I told her it was OK with me if she wanted to call the Security Police.

When the Base Security Police and an Investigator, Officer Walker (Tel: 282-284-4835) arrived I explained to them about only this incident, but he had already known about the FBI injustice and me being banned from Andrews AFB. He spoke to Ms. Lee and she told him that he should tell me that **"You have to leave on the 7th November 2024 because you have already paid up to then" and I did make all the payments.**

Before he left Officer Walker and the Base Security Left, I gave him a bottle of gassed, contaminated water to be tested.

After that night, 31 Oct 2024, Ms. Lee never spoke to me again. Then on 4th Nov 2024, I went to the bank to ask about the refunded $324 that was missing and discovered that a $216 was Debited for my bank card, by Ms. Lee without my knowledge and/or permission. The bank could not

DR BEVERLEY M HARRIS

remove it because it was still "pending". So, I went back on 5 Oct 2024 and was shocked to find that Ms. Lee had stole another $756 from my account. **(See all the Exhibits )**

During the period of my payments, Ms. Lee had been going into my room and stealing all of the receipts that showed all my payments and Debit Cards and cash. **Then she sent me an email receipt that did not show any of my payments. Then I went back to the Lodging this past Tuesday, after the holiday, and asked for a copy of the statements for the 6 payments. She gave me a totally different receipt from the one she sent me on my email.**

**Then when I asked her for the gentlemen that took my final 2 cash payments, her response was "he doesn't work here anymore"**

How convenient?

Thanks,

Respectfully,

Dr Beverley M Harris

Cc: JBAB Base Commander
   US Senate Judiciary Committee, 152 Dirken SOB, Wash, DC
   US House Judiciary Committee, 2056 Rayburn HOB, Wash, DC
   RNLA Attorney