EXHIBIT I

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0 | 10/23/2022 1:28 PM | File | 0 KB |
| 23Rogue_PFA_Desktop | 10/23/2022 1:28 PM | JPG File | 157 KB |
| 5980938 | 10/23/2022 1:27 PM | File | 2 KB |
| 5980938.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 4 KB |
| 1164831160280483 | 10/23/2022 1:28 PM | File | 253 KB |
| activity | 10/23/2022 1:28 PM | File | 1 KB |
| activityi(1) | 10/23/2022 1:28 PM | Microsoft Edge H... | 2 KB |
| activityi(2) | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| activityi(3) | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| activityi | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| adrum.min.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 31 KB |
| adrum-ext.ca98cd9e9bc9be02e16c4d7fb... | 10/23/2022 1:28 PM | DOWNLOAD File | 37 KB |
| adsct | 10/23/2022 1:28 PM | File | 1 KB |
| adsct(1) | 10/23/2022 1:28 PM | File | 1 KB |
| analytics.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 50 KB |
| bat.js.download | 10/23/2022 1:27 PM | DOWNLOAD File | 38 KB |
| clarity.js.download | 10/23/2022 1:27 PM | DOWNLOAD File | 54 KB |
| core.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 2 KB |
| dc_pre=Clb01-Pv9voCFcz8hwod9TwDvw | 10/23/2022 1:27 PM | File | 1 KB |

ted 365 KB

- Plaintiff's DELETED FLASH-DRIVES contained evidence of JBA Security Force Commander FALSIFIED MEMO BANNING Plaintiff from JBA

- FBI PAID PLAINTIFF'S NEPHEW, WAYN HARRIS TO STEAL the DRIVES

| Name | Date modified | Type | Size |
|---|---|---|---|
| reset | 10/23/2022 1:28 PM | Cascading Style S... | 4 KB |
| satelliteLib-4731c1b476a5ff1e2fe2bcfa5c... | 10/23/2022 1:28 PM | DOWNLOAD File | 236 KB |
| saved_resource | 10/23/2022 1:27 PM | File | 1 KB |
| saved_resource(1) | 10/23/2022 1:27 PM | File | 1 KB |
| saved_resource(2) | 10/23/2022 1:27 PM | File | 1 KB |
| saved_resource(3) | 10/23/2022 1:28 PM | File | 1 KB |
| saved_resource | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| scevent.min.js.download | 10/23/2022 1:27 PM | DOWNLOAD File | 27 KB |
| SF-5- - KUWAIT 2011  12-4-23 | 12/4/2023 11:57 AM | Microsoft Edge P... | 53 KB |
| small.min | 10/23/2022 1:28 PM | Cascading Style S... | 636 KB |
| smartsignals2.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 94 KB |
| spp.pl.download | 10/23/2022 1:27 PM | DOWNLOAD File | 1 KB |
| styles | 10/23/2022 1:28 PM | Cascading Style S... | 43 KB |
| styles-noie8 | 10/23/2022 1:28 PM | Cascading Style S... | 4 KB |
| tag-live.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 4 KB |
| universal_pixel.1.1.0.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 1 KB |
| up | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| up_loader.1.1.0.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 5 KB |

:ted  365 KB

| Name | Date modified | Type | Size |
|---|---|---|---|
| dc_pre=CIb01-Pv9voCFcz8hwod9TwDvw | 10/23/2022 1:27 PM | File | 1 KB |
| dc_pre=CIK61-Pv9voCFaHnhwod9KYMIQ | 10/23/2022 1:27 PM | File | 1 KB |
| dc_pre=CIKU2OPv9voCFdfahwodH6ID6w | 10/23/2022 1:27 PM | File | 1 KB |
| dc_pre=CKbO1-Pv9voCFdb8hwodyrkFzQ | 10/23/2022 1:27 PM | File | 1 KB |
| DealerLocator_pfa_D | 10/23/2022 1:28 PM | JPG File | 58 KB |
| dealers_home | 10/23/2022 1:29 PM | Microsoft Edge H... | 6 KB |
| dest5 | 10/23/2022 1:28 PM | Microsoft Edge H... | 7 KB |
| EXdd34036b6a354eb791c95e544597aec6-l... | 10/23/2022 1:28 PM | DOWNLOAD File | 73 KB |
| f(1) | 10/23/2022 1:29 PM | Text Document | 2 KB |
| f | 10/23/2022 1:29 PM | Text Document | 42 KB |
| fbevents.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 102 KB |
| FO_Desktop_23Rogue | 10/23/2022 1:28 PM | PNG File | 6 KB |
| gtm.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 544 KB |
| header-include.js.download | 10/23/2022 1:29 PM | DOWNLOAD File | 492 KB |
| i | 10/23/2022 1:28 PM | Microsoft Edge H... | 1 KB |
| intl.min.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 30 KB |
| invoca-latest.min.js.download | 10/23/2022 1:27 PM | DOWNLOAD File | 124 KB |
| iui3 | 10/23/2022 1:27 PM | File | 1 KB |
| js | 10/23/2022 1:28 PM | File | 216 KB |

ted 365 KB

| Name | Date modified | Type | Size |
|---|---|---|---|
| js(1) | 10/23/2022 1:28 PM | File | 109 KB |
| js(2) | 10/23/2022 1:28 PM | File | 164 KB |
| large.min | 10/23/2022 1:28 PM | Cascading Style S... | 21 KB |
| linkid.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 2 KB |
| main.0e6a432f.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 57 KB |
| medium.min | 10/23/2022 1:28 PM | Cascading Style S... | 15 KB |
| metrical.nissan.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 204 KB |
| metrical-survey-updated | 10/23/2022 1:28 PM | Cascading Style S... | 65 KB |
| modernizr.min.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 12 KB |
| nissan_logo_test | 10/23/2022 1:28 PM | JPG File | 15 KB |
| nissan-logo-black_v4 | 10/23/2022 1:28 PM | Microsoft Edge H... | 7 KB |
| nissan-logo-white_v4 | 10/23/2022 1:28 PM | Microsoft Edge H... | 7 KB |
| OfferHub | 10/23/2022 1:28 PM | JPG File | 27 KB |
| otBannerSdk.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 376 KB |
| otSDKStub.js.download | 10/23/2022 1:28 PM | DOWNLOAD File | 22 KB |
| PaymentEstimator_desktop | 10/23/2022 1:28 PM | JPG File | 68 KB |
| poweredBy_ot_logo | 10/23/2022 1:28 PM | Microsoft Edge H... | 3 KB |
| print.min | 10/23/2022 1:28 PM | Cascading Style S... | 21 KB |
| RC8a1e79b995274b97b0032e7789b6337f-... | 10/23/2022 1:28 PM | DOWNLOAD File | 2 KB |

lected  365 KB