2/4/25, 1:10 PM    Case 8:25-cv-01511-LKG    Document 1-10    Filed 05/09/25    Page 1 of 2
Case 8:25-cv-01339-GLS    Document 1-10    Filed 04/25/25    Page 1 of 2
IMG_20250204_064351623_AS.jpg

earned that bye

*THIS WAS WAYNE HARRIS RESPOND TO STEAL-ING THE MEMO BANNING PLAINTIFF*

*FROM JBA BA*

> Yes. Because you are for sale to the FBI and a backstabber. Yes, your action is just what they are PATHALOGICAL liars, career criminals and cold blooded killers. God will take care of you. Give me my money back. I will file this with the US Senate.

2/4/25, 1:10 PM  Case 8:25-cv-01511-LKG  Document 1-10  Filed 05/09/25  Page 2 of 2
Case 8:25-cv-01339-GLS  Document 1-10  Filed 04/25/25  Page 2 of 2
IMG_20250204_064327097_AE.jpg

> Yesterday • 11:31
>
> **Pls send me my $2500 and NEVER CONTACT ME AGAIN.**

Don't start with me

> Yesterday • 18:31
>
> **I just want my money. You have enough of TAXPAYER MONEY AND I HAVE THE PROOF**
>
> **GIVE ME BSCK MY DAMN MONEY**