

> **Trump Family**
>
> President Trump wants to partner with Dr Beverley!
>
> He's got a special job for you in the new administration.
>
> REVEAL: tnc25.com/6MxdfKX
>
> Stop2End
>
> ★★★★★
> **TRUMP VANCE**
> MAKE AMERICA GREAT AGAIN!
> 2024

Handwritten annotations:
- THESE ARE DAILY EMAILS AND TEXT, PHONE FROM PRES. TRUMP
- FBI KNEW
- FBI Blocks Them

# Gmail

Front Desk <frontdesk@staybridgedc.com>

## Re: Private briefing report from Donald J. Trump.
1 message

**dr Beverley Fay Harris Harris** <drparkinhar1@gmail.com>  Mon, Apr 7, 2025 at 6:45 PM
To: Team Trump Alerts <reply-204371-106_HTML-84646570-10964169-14022@campaigns.rnchq.com>, frontdesk@staybridgedc.com

On Fri, Apr 4, 2025 at 8:03 AM Team Trump Alerts <contact@campaigns.rnchq.com> wrote:



You've received a private briefing report from Donald J. Trump, 45th and 47th President of the United States.

For reasons of confidentiality, the file is set to expire within the next hour. Please view it here as soon as possible:

**CLICK HERE TO ACCESS**

*FBI Blocks these every day, from me responding*

4/15/25, 12:35 PM  Case 8:25-cv-01511-LKG  Document 1-11  Filed 05/09/25  Page 3 of 5
Case 8:25-cv-01339-GLS  Document 1-11  Filed 04/29/25  Page 3 of 5
IMG_20250415_122016745_AF.jpg



EXHIBIT-MI-19

FBI Blocks them
so Plaintiff
cannot Respond



### Important Note

This guy, I am sure is an FBI Agent and this is not his proper name. In February 2014 this guy followed me from a grocery store (Aldi) on Schwanthalerstr Germany across the street to the Deutsches Theater Hotel where I was staying.

Because the FBI had been monitoring my e-mail, telephones, and person (e-mails and internet now secured from their access) I am sure that this is why this man decided to contact me on this Expat social network, another means of continued illegal surveillance and harassment.

Dr. Beverley Harris

