AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Road, Unit 1658<br>Clinton, MD 20735<br><br>*Plaintiff(s)*<br>v.<br>Pam Bondi<br>US Attorney General<br>Main Justice Building, 10th and<br>Constitution Avenue, Washington Dc 20530<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. LKG 25CV1511 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Pam Bondi
> US Attorney General
> Main Justice Building, 10th and
> Constitution Avenue, Washington Dc 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Dr. Beverley M. Harris
> 9134 Piscataway Road, Unit 1658
> Clinton, MD 20735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Road, Unit 1658<br>Clinton, MD 20735<br><br>*Plaintiff(s)*<br>v.<br>Pete Hegseth<br>US Secretary of Defense,<br>4000 Defense Pentagon, Washington<br>DC 20301-4000<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  LKG 25CV1511 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Pete Hegseth
        US Secretary of Defense,
        4000 Defense Pentagon, Washington
        DC 20301-4000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Dr. Beverley M. Harris
        9134 Piscataway Road, Unit 1658
        Clinton, MD 20735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                    *CLERK OF COURT*

Date: _____                    _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Road, Unit 1658<br>Clinton, MD 20735<br><br>*Plaintiff(s)*<br>v.<br>Gary A. Ashworth<br>US Air Force Secretary of Defense,<br>1670 Air Force Pentagon<br>Washington DC  20530-1670<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  LKG 25CV1511 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Gary A. Ashworth
US Air Force Secretary of Defense,
1670 Air Force Pentagon
Washington DC  20530-1670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Beverley M. Harris
9134 Piscataway Road, Unit 1658
Clinton, MD 20735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Road, Unit 1658<br>Clinton, MD 20735<br><br>*Plaintiff(s)*<br>v.<br>Daniel Driscoll<br>US Army Secretary of Defense,<br>111 Army Pentagon<br>Washington DC  20310-111<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  LKG25CV1511 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　Daniel Driscoll
　　US Army Secretary of Defense,
　　111 Army Pentagon
　　Washington DC  20310-111

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　Dr. Beverley M. Harris
　　9134 Piscataway Road, Unit 1658
　　Clinton, MD 20735

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Road, Unit 1658<br>Clinton, MD 20735 (202) 603-0722<br><br>*Plaintiff(s)*<br>v.<br><br>US Attorney for the District of Maryland<br>36 S. Charles Street, 4th Floor,<br>Baltimore, MD 21201<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. LKG 25CV1511 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kelly Hayes
US Attorney for the District of Maryland
36 S. Charles Street, 4th Floor,
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Beverley M. Harris
9134 Piscataway Road, Unit 1658
Clinton, MD 20735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                        *Signature of Clerk or Deputy Clerk*