HD

Rcv'd by: _____

USDC - GREENBELT
'25 MAY 9 PM 1:47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Dr Beverley M Harris
**Plaintiff,**

v.

Pete Hegseth et. al.
**Defendant.**

Case No. LKG 25CV1511

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

9 May 2025
Date

_____
Signature of Party or Counsel

Dr. Beverley M. Harris
Printed Name

9834 Piscataway Rd, Unit 1658, Clinton MD 20735
Address

DRPARKINHARI@gmail.com
Email Address

(202) 603-0722
Telephone Number

_____
Fax Number

MagistrateGeneralConsentCV (06/2016)