UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

May 12, 2025

Beverley M. Harris
9134 Piscataway Rd
Unit #1658
Clinton, MD 20735

Dear Beverley M. Harris:

The Clerk's Office has received your papers for filing. The assigned Case Number is: 8:25−cv−01511−LKG. The Judge assigned to the case is: Judge Lydia Kay Griggsby. Documents that you would like the Judge to consider must be sent to the Clerk's Office to be entered on the court docket at this address:

> United States District Court
> District of Maryland
> Southern Division
> Clerk's Office
> 6500 Cherrywood Lane
> Greenbelt, MD 20770

You are required to keep a current mailing address on file with the Clerk's Office. If your address changes, you must provide the new address in writing to the Clerk's Office.

You are required to put the case title (Harris v. Hegseth et al) and case number on all documents that you file with the Clerk's Office. This is noted in Local Rule 102.2(a).

You should also be careful to protect your privacy in court filings. You should not include personal identifying information on documents that you file with the Court, unless you request the documents to be filed under seal. Your documents should NOT include any more than the last four digits of your social security, financial or tax identification numbers. Your documents should also not include birth dates other than the year of birth. And you should not include the names of minor children, although you may include their initials. This is noted in Federal Rule of Civil Procedure 5.2.

Documents must be typed if possible. If documents are handwritten, they must be clearly legible. Also, you must sign all documents that you file with the Clerk's Office.

It is important that you follow the Local Rules and Federal Rules of Civil Procedure. Otherwise, your documents may be returned to you or your case may be dismissed. The Clerk's Office cannot provide legal advice. A copy of these rules and other resources for self−represented individuals filing without attorneys are available here:

https://www.mdd.uscourts.gov/filing-without-attorney

Non-prisoner self-represented parties may use the Court's Electronic Document Submission System. This service is available only to non-prisoner self-represented parties who would like to submit documents electronically for filing in civil cases. Further information is located here:

https://www.mdd.uscourts.gov/content/electronic-document-submission-system-edss

In addition, non-prisoner self-represented parties may also request to receive electronic notification of case filings instead of receiving paper copies. Further information is located here:

https://www.mdd.uscourts.gov/consent-receive-notices-electronic-filing

Sincerely,

_____/s/_____
Catherine M. Stavlas, Clerk

By: Hilda M Espino-Palma, Deputy Clerk