UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

15 May 2025

| | |
|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Rd, Unit# 1658<br>Clinton, Maryland 20735<br>  Plaintiff<br>  v.<br><br>Pete Hegseth,<br>US Secretary of Defense,<br>4000 Defense Pentagon, Washington<br>DC 20301-4000<br><br>Gary A. Ashworth<br>US Air Force Secretary of Defense<br>1670 Air Force Pentagon<br>Washington DC 20530-1670<br><br>Daniel Driscoll<br>US Army Secretary of Defense<br>111 Army Pentagon, Washington<br>DC 20310-111<br><br>Pam Bondi<br>US Attorney General,<br>Main Justice Building, 10th and<br>Constitution Avenue, Washington Dc 20530<br><br>Kelly Hayes<br>US Attorney for the District of Maryland<br>36 S. Charles Street, 4th Floor, Baltimore, MD 21201<br>  Defendant(s) | CASE # 8:25-CV-01511-LKG |

### PLAINTIFF'S RESPONSE TO THE COURTS' DEFICIENCY NOTICE, DATED MAY 12, 2025 AGAINST US SECRETARY OF DEFENSE, US ARMY SECRETARY OF DEFENSE, AND US AIR FORCE SECRETARY OF DEFENSE "DEPRIVATION OF RIGHTS UNDER COLOR LAW" ETC.

Plaintiff, Dr. Beverley M. Harris, a Disabled Military Veteran (United States Air Force) and retired US Army Civil Services GS-12, representing herself, *Pro Se (temporarily)*, responding to the Court as followings:

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

I. First, Plaintiff do apologize to the Court for any document(s) that was not signed by her, as a mandatory requirement. Plaintiff will be more careful when submitting such important documentation.

II. Second, In reference to Plaintiff's submission of documentation for Case #8:25-cv-01511, the documents, dated 9 May 2025 that was presented to the Court's Clerk, and was shown, initially as "supplement…" (Crossed out later) was to be a part of Plaintiff's First submitted documents from 24 April 2025 as her detailed complaint. However, that was closed due to lack of funding by the Court. The documentation that the Court now is showing as 8:25-cv-01511 does not represent Plaintiff's full complaint, but contents of injustice by FBI within the past few months. Therefore, Plaintiff will kindly ask the Court to bypass this 01511 complaint and is in the process of rewriting a complete and Court formatted complaint, as the Secretary of Defense, et., al complaint. She will submit a new complaint as soon as possible along with the required funding.

Whereas Plaintiff kindly ask this Court to understand that Plaintiff is doing her best to address this Court Processing situation as much as possible without judgement. Thanks for your patience with Plaintiff.

Respectfully

_____15 May 2025_____
Date

Dr. Beverley M Harris
9134 Piscataway Road, Unit 31658
Clinton, Maryland, 20735
(202) 603-0722

## PROOF OF SERVICE

I, Dr. Beverley M Harris, certified that on ___15 May 2025___ (date) I provided copy of this Motion in person, to the Clerk's Office, US Federal District Court, Greenbelt, Maryland, to be given the following parties at the addresses listed below:

1. Pete Hegseth,
   US Secretary of Defense
   4000 Defense Pentagon, Washington DC 20301-4000
   Washington DC, 20530

2. Gary A. Ashworth
   US Air Force Secretary of Defense
   1670 Air Force Pentagon
   Washington DC  20530-1670

3. Gary A. Ashworth
   US Air Force Secretary of Defense
   1671 Air Force Pentagon
   Washington DC  20530-1670

4. Pam Bondi,
   US Attorney General
   Main Justice Building
   10th and Constitution Avenue, Washington Dc 20530

5. Kelly Haynes,
   US Attorney for the District of Maryland
   36 S. Charles Street, 4th Floor
   Baltimore, MD 21201

15 May 2025

Respectfully,

By: _____
Dr. Beverley M. Harris
PO Box 1658
Clinton, Maryland 20735
Phone: (202)603-0722