IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEVERLY M. HARRIS,
   Plaintiff

vs.     Civil Action No. 8:25-cv-01511-LKG

PETE HEGSETH, ET AL,
   Defendant.

\*\*\*\*\*\*

ORDER

The Court issued a Deficiency Notice directing the Plaintiff to correct deficiencies in filing requirements. The Court also warned Plaintiff that failure to correct deficiencies may result in the complaint being dismissed without further notice. As Plaintiff has failed cure the deficiencies noted, it is on this 28th day of May, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and
3. The Clerk SHALL CLOSE this case.

5/28/2025
Date

Lydia K. Griggsby
United States District Judge.